# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Estate of Christopher J. Davis et al <br> *Plaintiff(s)* <br> v. <br> Juan Ortiz, et al. <br> *Defendant(s)* | Civil Action No. 18-CV-01846 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Roberto Juarez Nieves, Jr.
708 W. Pierce Street
Milwaukee, WI 53204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:   Nathaniel Cade, Jr.
Cade Law Group LLC
PO Box 170887, Milwaukee, WI 53217

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

STEPHEN C. DRIES, CLERK OF COURT

Date: 11/27/2018

s/Tony Byal
*Signature of Clerk or Deputy Clerk*

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any):* __Roberto Juarez-Nieves__

were received by me on *(date)* __12/03/18__.

☒ I personally served the summons and the attached complaint on the individual at *(place):* __Thompson Correctional Center 434 State Farm Rd, Deerfield__ on *(date)* __12/03/18__ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons and the attached complaint on *(name of individual)* _____ who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __12/03/18__

STATE OF WISCONSIN
COUNTY OF DANE
Subscribed and sworn to before me this
__3__ day of __December__, 20__18__
__A. Kitson__
Notary Public
Commission expires __6-4-28__

Server's signature

__Sara Farnsworth, Social Worker__
*Printed name and title*

__434 State Farm Rd, Deerfield WI__
*Server's address*

Additional information regarding attempted service, etc.: