| | |
|---|---|
| ESTATE OF CHRISTOPHER J. DAVIS and DORTHEA LOCK, as the Special Administrator of the Estate of Christopher J. Davis, <br><br>                Plaintiff, <br><br>v. <br><br>JUAN ORTIZ, WALWORTH COUNTY, a Municipal Corporation, KURT PICKNESS, TOWN OF EAST TROY, a municipal corporation, VILLAGE OF EAST TROY, a municipal corporation, JAMES R. SURGES, ALAN BOYES, JEREMY SWENDROWSKI, MATTHEW WEBER, PAUL SCHMIDT, CRAIG KNOX, JEFF PRICE, AARON HACKETT, JOSE G. LARA, ROBERTO JUAREZ NIEVES, Jr., ABC INSURANCE COMPANY, DEF INSURANCE COMPANY, and XYZ INSURANCE COMPANY <br>                Defendants. | DOCKET NO. 18-CV-01846 |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

      Kindly enter the appearance of David J. MacMain, Esquire of The MacMain Law Group, LLC as counsel for Defendants, the Town of East Troy, James Surges, Paul Schmidt and Craig Knox in the above-captioned matter.

                                                  **THE MACMAIN LAW GROUP, LLC**

Dated: <u>March 15, 2019</u>        By:    <u>*/s/ David J. MacMain*</u>
                                                 David J. MacMain
                                                 Attorney I.D. No. 59320
                                               101 Lindenwood Drive, Suite 160
                                               Malvern, PA 19355
                                               *Attorney for Defendants, Town of East Troy*
                                               *James Surges, Paul Schmidt and Craig Knox*

# CERTIFICATE OF SERVICE

I, David J. MacMain, Esquire, hereby certify that on this 15th day of March 2019, the foregoing *Entry of Appearance* was filed electronically and is available for viewing and downloading from the United States District Court of the Eastern District of Pennsylvania. The following party received notification of this filing via First Class Mail:

Nathaniel Cade, Jr.
Cade Law Group, LLC
P.O. Box 170887
Milwaukee, WI 53217
*Counsel for Plaintiff*

Benjamin A Sparks
Crivello Carlson SC
The Empire Building
710 N Plankinton Ave - Ste 500
Milwaukee, WI 53203-2404
*Counsel for Defendant Juan Ortiz, Kurt Picknell
and Matthew Weber*

Kyle R Moore
Crivello Carlson SC
The Empire Building
710 N Plankinton Ave - Ste 500
Milwaukee, WI 53203-2404
*Counsel for Defendant Juan Ortiz, Kurt Picknell
and Matthew Weber*

Samuel C. Hall, Jr
Crivello Carlson SC
The Empire Building
710 N Plankinton Ave - Ste 500
Milwaukee, WI 53203-2404
*Counsel for Defendant Juan Ortiz, Kurt Picknell
and Matthew Weber*

Danielle H Thompson
Brantmeier Law LLC
234 S Main St
Jefferson, WI 53549
Counsel for Defendants
*Attorney for Defendants, Town of East Troy*

*James Surges, Paul Schmidt and Craig Knox*

Erin C Smith
Kasdorf Lewis & Swietlik SC
1 Park Plaza
11270 W Park Pl - Ste 500
Milwaukee, WI 53224-3639
*Counsel for Defendants Village of East Troy,
Alan Boyes, Jeremy Swendrowski, Jeff Price
and Aaron Hackett*

Robert J Lauer
Kasdorf Lewis & Swietlik SC
1 Park Plaza
11270 W Park Pl - Ste 500
Milwaukee, WI 53224-3639
*Counsel for Defendants Village of East Troy,
Alan Boyes, Jeremy Swendrowski, Jeff Price
and Aaron Hackett*

**THE MACMAIN LAW GROUP, LLC**

Dated: <u>March 15, 2019</u>     By:    <u>*/s/ David J. MacMain*</u>
David J. MacMain
Attorney I.D. No. 59320
101 Lindenwood Drive, Suite 160
Malvern, PA 19355
*Attorney for Defendants, Town of East Troy
James Surges, Paul Schmidt and Craig Knox*