# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ESTATE OF CHRISTOPHER J. DAVIS and DORETHA LOCK,<br><br>        Plaintiffs,<br><br>v.<br><br>JUAN ORTIZ, WALWORTH COUNTY, KURT PICKNELL, TOWN OF EAST TROY, VILLAGE OF EAST TROY, JAMES SURGES, ALAN BOYES, JEREMY SWENDROWSKI, MATTHEW WEBER, PAUL SCHMIDT, CRAIG KNOX, JEFF PRICE, AARON HACKETT, JOSE G. LARA, ROBERTO JUAREZ-NIEVES, JR., ABC INSURANCE COMPANY, DEF INSURANCE COMPANY, and XYZ INSURANCE COMPANY,<br><br>        Defendants. | Case No. 18-CV-1846-JPS<br><br>**ORDER** |

On March 13, 2019, Defendants Juan Ortiz, Kurt Picknell, Walworth County, and Matthew Weber filed a motion for judgment on the pleadings, seeking partial dismissal of the claims against them. (Docket #61). Plaintiffs' response to the motion was due on or before April 3, 2019, but that date has long since passed without a response being filed or the Court receiving any other communication from Plaintiffs. Civ. L. R. 7(b). The Court will, therefore, grant the motion in light of Plaintiffs' apparent acquiescence thereto, and afford the moving defendants all of the relief they seek. *Id.* 7(d).

Accordingly,

**IT IS ORDERED** that the motion for judgment on the pleadings of Defendants Juan Ortiz, Kurt Picknell, Walworth County, and Matthew Weber (Docket #61) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that any claims based on the Fourth or Eighth Amendments contained in Counts One, Two, and Three of Plaintiffs' complaint (Docket #1 at 13–16), any claims against Defendant Kurt Picknell contained in Count Two, *id.* at 14–15, and Counts Four, Seven, and Eight in their entirety, *id.* at 16–17, 19–21, be and the same are hereby **DISMISSED**.

Dated at Milwaukee, Wisconsin, this 24th day of April, 2019.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge