

Black = Ortiz
Blue = Suspect
Red = Knopp/Price