UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WISCONSIN
---------------------------------------------------
ESTATE OF CHRISTOPHER J. DAVIS
and DORETHA LOCK, as the
Special Administrator of the
Estate of Christopher J. Davis,

               Plaintiffs,

  -vs-                 Case No. 18-CV-01846

JUAN ORTIZ, et al.,

               Defendants.
---------------------------------------------------


        Examination of AARON HACKETT, taken at

the instance of the Plaintiffs, under and pursuant

to the Federal Rules of Civil Procedure, before Dawn

M. Lahti, a Certified Realtime Reporter, Registered

Professional Reporter and Notary Public in and for

the State of Wisconsin, at Crivello Carlson,

S.C., 710 North Plankinton Avenue, Milwaukee, Wisconsin on

May 2, 2019, commencing at 9:03 a.m. and concluding

at 10:38 a.m.

1                  A P P E A R A N C E S

2

3    CADE LAW GROUP, by
     MR. NATHANIEL CADE, JR.
     P.O. Box 170887
4    Milwaukee, Wisconsin 53217
     appeared on behalf of the Plaintiffs.
5

6    CRIVELLO CARLSON, S.C., by
     MR. BENJAMIN A. SPARKS
7    710 North Plankinton Avenue, Suite 500
     Milwaukee, Wisconsin 53203
8    appeared on behalf of Juan Ortiz, Walworth County,
     Kurt Picknell, Matthew Weber.
9

10   THOMPSON LEGAL LLC, by
     MS. DANIELLE H. THOMPSON
11   234 South Main Street
     Jefferson, Wisconsin 53549
12   appeared on behalf of the Town of East Troy,
     James Surges, Craig Knox, Paul Schmidt.
13

14   KASDORF, LEWIS & SWIETLIK, S.C., by
     MR. ROBERT J. LAUER
15   11270 West Park Place, Suite 500
     Milwaukee, Wisconsin 53224
16   appeared on behalf of the Village of East Troy,
     Jeremy Swendrowski, Jeff Price, Aaron Hackett.
17

18                    *  *  *  *  *

19              A L S O   P R E S E N T

20   Ms. Doretha Lock.

21

22

23

24

25

1                    * * * * *

2                    I N D E X

3  Examination:                                    Page

4  BY MR. CADE                                       4

5

6

7

8

9

10

11

12  Exhibits Identified:                           Page

13  Exhibit 37  Photograph of Aaron Hackett          8
    Exhibit 38  Google Map of Roma's Restaurant      9
14  Exhibit 39  Hackett Interview with DCI          64

15

16  Disposition of Original Exhibits:

17  Attached to Original Transcript.

18

19

20

21

22

23

24

25

1              TRANSCRIPT OF PROCEEDINGS

2              AARON HACKETT, called as a witness

3       herein, having been first duly sworn on oath,

4       was examined and testified as follows:

5                    EXAMINATION

6   BY MR. CADE:

7   Q   Good morning, Officer Hackett.  Do you mind if

8       I call you Officer Hackett?

9   A   That's fine, sir.

10  Q   Again, don't call me, sir.  I work for a

11      living.

12              Officer, have you ever been

13      deposed before?

14  A   I have not.

15  Q   For the record, could you please state and

16      spell your name.

17  A   My first name is Aaron, A-A-R-O-N.  Last name

18      is Hackett, H-A-C-K-E-T-T.

19  Q   Do you get a lot of the jokes, the AA-Ron?

20  A   I work in the high school, so the kids like to

21      say that a lot to me.  You bet.

22  Q   So Officer Hackett, I am sure that Mr. Lauer

23      has been very thorough with his meeting with

24      you in terms of what's being said or what

25      occurs at a deposition.  There's really only a

1    few rules.

2                    The first rule is only one

3    person can talk at a time, and that's done

4    because that assists our court reporter, Dawn,

5    here.  She's very good.  I've had her as a

6    reporter for years and years and years, but

7    she'll tell you at some point I can clock in at

8    over 300 words a minute, and that sort of taxes

9    the reporters if that goes long enough.  And

10   then you couple that with someone if they

11   interject and jump in, and the transcript could

12   get jumbled.  It may have me answering a

13   question and you asking it.

14   A  Okay.

15   Q  So it's important for you to allow me to finish

16      asking the question, and I'll allow you to

17      finish answering it.

18                    Also coupled along those same

19      lines is don't assume or guess what my question

20      is or where I'm going.  I often hear witnesses

21      say, well, I'm not quite sure where you're

22      going.  It doesn't matter.  You answer the

23      question.

24                    The reason that's important is I

25      may start asking a question and I know, for

1      example, in this case Attorney Lauer is going

2      to object.  And so what I'll do is ask a

3      prefatory question.  So I may stop

4      mid-sentence, change my question because

5      there's something I think you need to answer

6      first, and then I'll go back maybe to my

7      original question.

8                       So wait for me to finish asking

9      the question, and I'll wait for you to finish

10     answering, fair?

11  A  Yes, sir.

12  Q  Outstanding.  The other thing that's important

13     is nodding of the head, uh-huh and um-hum and

14     things like that.  If you do that, I'll say,

15     "Is that a yes?"  I'm not doing it to be rude.

16     I'm doing it because all Dawn can do here is

17     say witness shakes head.  If you say uh-huh,

18     she can't say you meant to say yes, and we

19     can't assume that.  So I'll ask that question

20     or if you're shaking your head.

21                      Some people have a nervous tick

22     where they just nod their head as they're

23     going.  I have a sister-in-law like she's

24     listening, but she's really not, but she's nice

25     and nods her head.  So if you do any of those

1    things, I'll say "Is that a yes?" just to make

2    sure the record is clear.

3              If I ask you a question today

4    that is unclear or you're not quite sure or

5    perhaps I'm asking it totally wrong, just let

6    me know, and I'll rephrase it.  And if I can't

7    figure out a way amongst all the lawyers here,

8    we'll figure out a way to ask you the question

9    appropriately.  Fair enough?

10   A    I understand.

11   Q    Finally for today's deposition, I will assume

12        that if you answered a question, meaning I

13        asked a question and you gave a verbal response

14        to it, that you understood the question being

15        asked.  Fair?

16   A    That's fair.

17   Q    I'm going to dispense with a lot of the stuff

18        that normally happens in depositions where they

19        go through your background and all that because

20        I've already got your employment file.  I've

21        already had an opportunity to review all that

22        stuff, so most of that stuff is moot for right

23        now.

24              I just want to focus the reason

25        we're here and this lawsuit dealing with the

1        shooting that occurred on February 24th of

2        2016.  Fair enough?

3   A    I understand.

4   Q    I'm going to show you what's been marked as

5        Exhibit No. 37.

6                  (Exhibit 37 was marked for

7        identification.)

8   BY MR. CADE:

9   Q    37, sir, you'll see at the bottom it's a single

10       color page photograph that appears to be you,

11       correct?

12  A    That is correct.

13  Q    And this photograph -- if you look at the

14       bottom, there is a number down there that

15       starts T, for Tom, 001588.  Do you see that?

16  A    I do.

17  Q    That is what we call a Bates number, and really

18       all it is is a control mechanism.  So if you

19       get a bunch of lawyers in the room because we

20       like to play on paper rather than other things,

21       if I say 1588, everybody knows what page I'm on

22       and we don't have to say, well, that's a

23       different photograph of Hackett; no, it's this

24       photograph.  We know that we're all dealing

25       with the exact same page, okay?

1   A    Understood.

2   Q    So on the day in question at the shooting -- at

3        the time of the shooting, I should say,

4        approximately 5:20, 5:30 --

5   A    That sounds right.

6   Q    -- this was what you were wearing at that time,

7        sir?

8   A    It is.

9   Q    So now what I'm going to do is --

10                  (Exhibit 38 was marked for

11       identification.)

12  BY MR. CADE:

13  Q    I'm going to show you what's been marked as

14       Exhibit 38.  38 is just a Google map of Roma's

15       restaurant, an aerial photograph.  I'll come

16       back to this in a moment.

17                      What I'd like to start with is

18       walk me through what time your shift started on

19       the 24th.

20  A    I was in the school, so it would be 07:30.

21  Q    So 7:30 in the morning?

22  A    Correct.

23  Q    And is there a particular school that you're

24       at, or do you rotate amongst the schools?

25  A    It's all five buildings in the district.

1   Q   Are they all on the same campus, or are they

2       all in different locations?

3   A   Two of them -- I guess there's a location with

4       the middle school and the high school, and then

5       I'd say maybe a 10th or more away of a mile is

6       the elementary school and the primary.

7                        Actually you know what?  That's

8       down.  2016 -- they just built that school, so

9       my brain is -- Doubek was actually this way, so

10      the primary school was a little further away

11      than -- East Troy is not that big, but I would

12      not consider them all in the same campus, no.

13  Q   And you said Doubek?

14  A   Doubek Elementary.

15  Q   Can you spell Doubek?

16  A   D-O-U-B-E-K.

17  Q   One of the things I forgot to mention, and I

18      was hoping we wouldn't have spellings because

19      you're one of the later depositions, is to make

20      things easier on Dawn --

21  A   I understand.

22  Q   -- of the transcript, she can't guess what --

23      spellings and things like that.  So at the end

24      if I don't spell it, she'll say can you spell

25      this, can you spell that, and then she's got to

1      search through her files.  I save her a lot of

2      time by doing that in the beginning so she's

3      not confused.  And occasionally I'll get a

4      phone call from a reporter saying, hey, do you

5      know how to spell something, I forgot to ask at

6      the deposition.

7                    So there was a Doubek Elementary

8      School, the middle school, high school, and you

9      had a primary school?

10  A   Prairie View.

11  Q   Okay.

12            MR. LAUER:  I just wanted to say make

13      sure he is finished with his question and then

14      you answer.

15            THE WITNESS:  I got you.

16            MR. LAUER:  Thank you.

17  BY MR. CADE:

18  Q   So when you say you're at the schools, is there

19      a specific rotation; you're at the elementary

20      school this day, you're at the high school this

21      day, or you bounce around from school to

22      school?

23  A   I primarily spend my time at the high school.

24      That's just because -- where a lot of the

25      issues arise quickly, but I rotate through all

1       the schools.  I rotate through all the schools.

2       I try to get there at least once a day, and

3       then I'll go over there whenever contacted for

4       assistance.

5   Q   Sure.  Okay.  So you start at 7:30 at the

6       schools and at some point you -- what would

7       your normal shift be, 7:30 to 2:30?

8   A   15:30.

9   Q   Okay.  So that's 3:30.  But you were -- I know

10      at some point you were at the police

11      department, the village police department to

12      deal with an informant and a drug bust,

13      correct?

14  A   That was not my primary reason for being at the

15      police department.

16  Q   Okay.  What was your primary reason for being

17      at the police department?

18  A   At that point I was finishing my shift.

19  Q   Okay.  So you had finished at the schools, and

20      you come over to the police department I guess

21      to change out of your uniform?

22  A   Correct.

23  Q   And then what happened?  Let's start there.

24      You get to the police department.  Walk me

25      through that aspect of it.

1   A   Sure.  So I see Officer Price, and he is in the

2       booking room.  I met him in the hallway, and he

3       informed me what he had had at the Shell gas

4       station.  I believe it started with a domestic

5       and subsequently resulted in a drug

6       investigation as well.

7   Q   Did he describe or say anything to you about

8       the confidential informant and the information

9       he had gleaned from that informant?

10  A   He had mentioned that at some point in his

11      investigation he had learned that the person

12      that was arrested was willing to call known

13      drug suppliers and have them come to the

14      Village of East Troy.

15  Q   And did you participate in the first bust that

16      was supposed to happen at the Shell but

17      subsequently was the Burger King?

18  A   I was present, yes.

19  Q   When you say "present," does that mean that you

20      didn't participate?

21  A   Well --

22              MR. LAUER:  I'll just object to the

23      form of the question.  It's vague as to

24      participation or "participate;" but subject to

25      that, go ahead and answer his question.

1              THE WITNESS:  It's not as simple as

2         that I guess in my brain.

3    BY MR. CADE:

4    Q    Okay.  Explain for me.

5    A    So when I was finishing my shift, Officer Price

6         was there with Chief Swendrowski -- excuse me,

7         Deputy Chief Swendrowski at the time and Deputy

8         Ortiz, and they were talking about kind of what

9         their plan was going to be.

10                   I remember at one point I was

11        with Officer Price, and we had talked about

12        moving the CI's car from the parking lot in the

13        Village of East Troy Police Department up to

14        the Shell gas station.

15                   I assisted Price in that, and

16        then I came back to the police department, and

17        I recall doing some paperwork and kind of

18        finishing some things up that I had that day,

19        and then Officer Price had contacted me via

20        phone and said, "Are you still there?"  I said

21        "Yes, I am."  He said "Would you mind putting

22        your civilians on?"  I said "I'm already

23        wearing my civilians.  Would you mind going up

24        to the Shell gas station with your civilian car

25        and pumping gas and letting us know when a

1      vehicle that may match the description enters

2      the parking lot?"

3   Q   Did you get free gas?

4   A   Free gas?

5   Q   Yeah.  He told you to go over there and pump

6      gas.  Was he going to pay for the gas to be

7      pumped in the car, or that was you filling up?

8   A   I think that was probably me filling up my

9      personal car.

10  Q   So if I understand correctly, you assisted

11     Price initially to take the informant's vehicle

12     to the Shell station and leave it there.  Price

13     then brought you back to the station I'm

14     assuming and then left, or did you walk back?

15  A   I think I drove him back.

16  Q   Okay.  So he drove the informant's car, and you

17     drove a police car or --

18  A   I don't know what I drove, but I remember in my

19     head I want to say his car was a stick shift,

20     so I wasn't too happy about that.

21  Q   The informant's car?

22  A   I believe so.

23  Q   And so then one way or the other the car is

24     delivered to the Shell, the informant's car,

25     and then the two of you go back to the police

1      department, and you're finishing up paperwork

2      and changing?

3   A  I believe so.

4   Q  And then Price left?

5   A  He did.

6   Q  And then between you guys going back to the

7      station and Price leaving and then you

8      receiving this phone call from Price, how long

9      of a time frame was that?

10  A  I don't remember.

11  Q  So then at some point Price calls you on the

12     phone and says --

13  A  Are you still at work?

14  Q  Are you still there, I need your -- I need you

15     to come to the Shell station?

16  A  Correct.

17  Q  Did he explain to you what the plan was or what

18     the next steps were?

19  A  I mean I had an understanding that the plan was

20     to conduct a traffic stop.

21  Q  And what did that mean, conduct a traffic stop?

22  A  It means locate the vehicle, turn your

23     emergency lights on and conduct a traffic stop.

24  Q  So wait for the person to get in the general

25     area and then be on the physical streets to

1      conduct a traffic stop, or was it doing some

2      sort of traffic stop in the parking lot of the

3      Shell gas station?

4   A   I don't know if we specifically talked about

5      that.  I think it would be kind of a fluid

6      thing.

7   Q   Prior to February 24th, had you had an

8      opportunity to -- let me back up.

9                     It's fair to say that when you

10     were at the Shell, you were essentially acting

11     undercover because you were not in uniform,

12     correct?

13                MR. LAUER:  Object to the form.  Lack

14     of foundation.

15                THE WITNESS:  I was not displaying

16     myself as a police officer.

17  BY MR. CADE:

18  Q   Sure.  But do you understand the concept of

19     undercover versus being uniformed, the

20     difference?

21  A   I guess I was in civilian clothes.

22  Q   Sure.  Other than as we see on Exhibit 37, you

23     had a lanyard with your badge, and I'm assuming

24     that was tucked inside your North Face jacket?

25  A   While I was filling up with gasoline, yes.

1    Q    You weren't at the gas station with that out
2         displaying, hey, I'm a police officer?
3    A    No, I was not.
4    Q    And so to the average person, if they just saw
5         you pumping gas short of them knowing I know
6         that's Aaron and I know he's a police officer,
7         no one would have knowledge that you were
8         acting as a police officer at that point in
9         time, correct?
10   A    That is correct.
11   Q    And I'm assuming that at this point in time
12        while you're at the gas station, you were still
13        on the proverbial clock meaning either your
14        shift had ended or you were doing overtime or
15        however that's calculated for the department,
16        fair?
17   A    Correct.
18   Q    So when I use the term "undercover," would that
19        be a fair representation that even though you
20        weren't in uniform, you were purposely
21        concealing your identity as a police officer
22        while you were at the Shell gas station, that
23        was the whole point of you being there?
24             MR. LAUER:  Object to the form of the
25        question.

1            You may answer.

2                  THE WITNESS:  I guess given that

3       definition, yes.  I just kind of -- sure.

4  BY MR. CADE:

5  Q    I mean you weren't in a police vehicle.  You

6       were in your personal vehicle, correct?

7  A    Correct.

8  Q    I'm assuming your personal vehicle doesn't have

9       lights and everything to throw on even internal

10      lights, correct?

11 A    That's correct.

12 Q    So you just know from Price speaking with you

13      the plan was to conduct some sort of traffic

14      stop on a known drug supplier that the

15      informant was getting to come down into the

16      village to try to attempt to sell drugs, fair?

17 A    Correct.

18 Q    The phone call on the phone with Price -- let

19      me back up.

20                  Price told you the plan over the

21      phone, or were you meeting with him in person

22      having discussions about what the plan was?

23 A    Over the phone.

24 Q    Were you privy as to whether other officers,

25      law enforcement personnel were in the area or

1    part of this plan?

2  A  I did know that Deputy Ortiz and Deputy Chief

3     Swendrowski were nearby.

4  Q  And how were you given that information?

5  A  Because I saw them all getting together and

6     meeting at the police department.

7  Q  So when you say "getting together," was that

8     before you took the informant's vehicle to the

9     Shell or after you took the informant's vehicle

10    to the Shell?

11 A  I believe Deputy Ortiz and Deputy Chief

12    Swendrowski had already left the police

13    department.

14 Q  I guess I'm lost in time because I asked that

15    question, was it two time periods, and you said

16    they had already left.

17 A  Okay.  Sorry.

18 Q  That's okay.  We know that you start your day

19    in the school somewhere.  We know that you come

20    back because you're finishing up, and that's

21    when Price says, hey, I need your help to take

22    this car over to the Shell, correct?

23 A  No.  Deputy Chief Swendrowski, Officer Price

24    and Deputy Ortiz were at the police department

25    discussing what was going to happen.

1   Q    Okay.

2   A    I was not needed, so I started policing up my

3        own tasks that I had throughout the day.  I

4        have a memory after they -- after Deputy Ortiz

5        and Deputy Chief Swendrowski leave, I'm

6        assuming to take up positions nearby where we

7        would assume that the traffic stop would take

8        place.  I'm standing in the hallway alone with

9        Price, and that's when the idea is do you think

10       we should move the car.

11  Q    To the Shell?

12  A    I said that's probably a good idea because if

13       these two know each other, he's going to feel

14       familiar with seeing that car at the parking

15       lot and not get spooked.

16                      So I assisted him with doing

17       that, then came back to the police department

18       and continued getting things done.

19  Q    Okay.

20  A    Then the phone call comes.  "Hackett, I need

21       you again.  Can you put your -- grab your

22       radio, get in your car, go fill it up with gas

23       and just tell me the cars that come in?"  I

24       said, "Yes, I can do that."

25  Q    So when Swendrowski, Price and Ortiz were

1        meeting and having a conversation, you were not

2        included in that meeting.  You may have

3        overheard some things, but you weren't part of

4        that planning group?

5   A    No.

6   Q    No, I'm right or no --

7               MR. LAUER:  You agree with his

8        statement or you disagree?

9               THE WITNESS:  I agree with your

10       statement.

11  BY MR. CADE:

12  Q    English language is very powerful, so that's

13       why --

14  A    Very good.  I understand.

15  Q    I understood what you said, but we got to make

16       sure the record is clear.

17                 So subsequently you have a radio

18       while you're pumping gas.  Do you have your

19       radio out, or is your window down and it's on

20       the seat?

21  A    I think I had it in the car because it's kind

22       of hard to carry in a pocket because I wasn't

23       wearing my belt.

24  Q    Your police belt?

25  A    Correct.

1  Q   And I'm assuming that while you're pumping gas

2      if you're not wearing your belt, that also

3      means that you don't have your department

4      issued sidearm on you?

5  A   Correct.

6  Q   Do you have an undercover or an off-duty

7      sidearm?

8  A   I do.

9  Q   And was that in the car, or was that on your

10     person?

11 A   That was on my belt.

12 Q   On your physical belt on you?

13 A   On my pants, yes.

14 Q   But you had your jacket on, so that's covering

15     that up?

16 A   Correct.

17 Q   So other than having your off-duty weapon on

18     you, did you have anything else on you?  We

19     know you don't have your radio.  You've got

20     your shield hidden inside your jacket.

21               Is there anything else that's on

22     your belt?

23 A   No.

24 Q   So how were you going to communicate to Price

25     or potentially the others what you were

1      observing in the Shell gas station if your

2      radio was in the vehicle?

3  A   Open the door and sit down and talk on my

4      radio.

5  Q   So you pretend to pump a -- I'm assuming at

6      some point you've already filled up with gas.

7      You're not there that long.  Once gas is put

8      in, gas is put in, fair?

9  A   Correct.

10 Q   So you would open up your door, kind of sit on

11     the seat and kind of radio what you would

12     see -- what you would observe?

13 A   Correct.

14 Q   And then were you being relayed instructions or

15     information as to what to do next?

16 A   No.  I was mainly just supplying information.

17 Q   At some point we know that there is a vehicle

18     that Price pulls over that he believes is this

19     first drug dealer we now know as Marcus.

20     That's the name we have.

21 A   Okay.

22 Q   And it turns out that it's roughly near the

23     entrance getting off of 43 or getting on 43.

24     It's not clear but at that point in time.

25                     Were you involved in that first

1        takedown?

2                  MR. LAUER:  I'll just object.  If I

3        understood your question, you're saying that

4        Marcus was the first car that was pulled over

5        by Price?

6                  MR. CADE:  No.  Marcus was the

7        individual who was arrested in the Burger King

8        parking lot.

9                  MR. LAUER:  Okay.

10                  MR. CADE:  There was a vehicle

11        previous to that that was either on the

12        interstate or just getting off the interstate,

13        and that was the individual who Ortiz finished

14        up writing a citation for.

15    BY MR. CADE:

16    Q    I just want to know if you were involved in

17        that very first individual who just by

18        happenstance was dumb enough to drive in the

19        village with a vehicle that smelled like

20        marijuana.

21    A    I was not involved in that.

22    Q    So let's skip forward a moment.  I know that

23        Price pulls that individual over and then

24        leaves the scene because both Swendrowski and

25        Ortiz are dealing with that individual.

1      Subsequently this dealer Marcus is arrested at

2      Burger King.  What was your involvement in that

3      arrest?

4   A  I eventually backed up Officer Price because he

5      was all alone, and Ortiz and Swendrowski were

6      still on the other car.

7   Q  And when you say "backed up," did you observe

8      this dealer Marcus come in and you radio to

9      Price, or did Price observe this individual

10     Marcus, and you happened to see his lights get

11     activated and decide, okay, I'm going to walk

12     over, display my badge and back him up?

13  A  I believe the car was first identified when it

14     was in the drive-through of the Burger King.

15     Then it crossed over Main Street into the Shell

16     gas station and parked.  One of the individuals

17     got out, bought something to drink, came back

18     to his car and then put the blinker on to turn

19     right but instead went straight again onto Main

20     Street back into the parking lot of the Burger

21     King, and that's when I observed Officer Price

22     put on his lights and conduct a traffic stop in

23     the Burger King.

24  Q  Did you walk or get into your vehicle or drive

25     over to back him up?

1    A    I got into my vehicle, drove around the back

2         side of the Shell, and there's a driveway that

3         shares two properties between the Shell,

4         McDonald's and a bank.

5                        From that vantage point I could

6         see Officer Price conducting the vehicle

7         contact, and I could see that there were two

8         individuals.

9                        I drove across Main Street into

10        a parking lot that's like a car wash, and from

11        there I sat for a little bit, realized that the

12        other two uniformed officers were not going to

13        be able to make it.  Just with all of the

14        details involved, I got out of my car,

15        displayed my badge and provided backup to

16        Officer Price.

17   Q    By "backup," you display your badge, you

18        display your -- pull up your jacket, maybe

19        display your weapon or have it slightly

20        unholstered and stand there in case anything

21        happens while Price gives verbal commands and

22        the individuals get out of the car, that kind

23        of stuff?

24                  MR. LAUER:  Object to the form.  Lack

25             of foundation.

1              Go ahead.  You may answer.

2                   THE WITNESS:  I don't know if I

3         brandished or unholstered my weapon as I walked

4         up, but I did produce my badge in an effort to

5         give Officer Price an extra set of eyes and

6         hands.

7    BY MR. CADE:

8    Q    While this was going on between you getting in

9         your car seeing Price activate his lights,

10        initiate the stop and then you cross over,

11        you're at the car wash, et cetera, were you in

12        radio communication with either Price,

13        Swendrowski or Ortiz?

14   A    I don't recall from Swendrowski or Ortiz, but

15        there was communication between me and Price

16        where he had asked me to -- Officer Price had

17        asked me to come over there and help him.

18   Q    So it wasn't just you on your own initiative.

19        You had received a verbal command or request

20        for assistance from Price to come aid him?

21   A    Correct.

22   Q    So two individuals in the car.  There's a

23        driver.  The passenger was this Marcus

24        individual.  At some point who shows up next,

25        Ortiz, Swendrowski?

1    A    I would say Deputy Chief Swendrowski.

2    Q    And were you -- once Swendrowski shows up, did

3         you remain out providing backup to Price, or

4         did you go get back into your personal vehicle?

5    A    No.  I stayed there on foot for a little while.

6    Q    What happened next?

7    A    Officer Price requested an additional unit from

8         county, so I believe it was -- Deputy Weber

9         showed up because we needed a place to put

10        these two individuals temporarily because

11        Officer Price had the CI in the back of his

12        car, so we couldn't exactly put these two guys

13        back there.

14                   So we put a guy -- one of them

15        in the back of Deputy Chief Swendrowski's and

16        one in the back of Deputy Weber's, and I

17        remember Deputy Ortiz eventually coming back

18        into the area.

19   Q    Okay.  So one individual is put in Weber's car;

20        one individual is put in Swendrowski's car?

21   A    I believe so.

22   Q    And then what happened?

23   A    And then I recall Officer Price talking to

24        deputy chief, and I was right there and said

25        that the CI had a second individual coming to

1        East Troy that had cocaine.

2  Q    Okay.  What information was shared with you?

3  A    At that point I just knew that -- I believe I

4        knew maybe it might be up at Roma's, and then

5        it was cocaine.

6  Q    And you were familiar with Roma's?

7  A    Yes.

8  Q    Have you eaten there?

9  A    I have.

10 Q    Any good?

11 A    The pizza's not bad.

12 Q    You're the only one who's really -- all the

13       other officers don't eat there, so I'm a little

14       concerned for the health of the business.

15 A    Well, sometimes the issue -- yeah.  No, it's

16       doing fine.

17 Q    So you get information.  Does Price convey this

18       information to you directly, or is he conveying

19       it to you in a group of people about what's

20       occurring at Roma's?

21 A    It wasn't directly to me.  We were all kind of

22       in a group behind the first traffic stop's car.

23 Q    And when you say we were "in a group," who was

24       in this group?

25 A    Weber was right -- Deputy Weber was right

1       there, Deputy Chief Swendrowski, myself,

2       Officer Price.  I don't exactly know when Ortiz

3       showed up, but he joined the area.

4    Q  And while it's you, Price, Swendrowski and

5       Weber, was the decision made to go to Roma's to

6       do a takedown or arrest there?

7    A  Eventually, yes.

8    Q  What do you mean "eventually"?

9    A  Well, we did have two individuals that we just

10      arrested.

11   Q  Um-hum.

12   A  We do have two squad cars with -- so we do have

13      to think about processing them.  Ortiz is

14      dropping that person off.  I'm obviously not

15      wearing body armor, so I'm not going to be

16      counted as one who can assist, and then I

17      recall hearing Officer Knox from the Town of

18      East Troy radio in that he was in the area and

19      on duty.

20                   Officer Price called him on the

21      radio and said would you mind coming over to

22      the Burger King and meeting up with us.  He

23      said you bet, I'm on the way.

24                   So at that point -- at that

25      point everybody felt comfortable manpower-wise,

1           and they moved forward with it.

2    Q    When you say they "felt comfortable

3         manpower-wise," it would be Knox, Price and

4         Ortiz?

5    A    Correct.

6    Q    So three vehicles was enough from a manpower

7         standpoint?

8    A    Correct.

9    Q    While you were meeting and they were discussing

10        this information from the confidential

11        informant about this other dealer at Roma's,

12        was it ever -- was information ever provided in

13        terms of how many individuals were going to be

14        at Roma's?  Was it one, two or four, five?

15                   MR. LAUER:  At the Burger King you're

16        talking about?

17   BY MR. CADE:

18   Q    While you were meeting at the Burger King,

19        correct.

20                   MR. LAUER:  Go ahead.

21                   THE WITNESS:  No.

22   BY MR. CADE:

23   Q    Was there any discussion at the Burger King as

24        to what type of vehicle you specifically were

25        looking for?

1   A    I did not hear that information.

2   Q    Well, help me with this, Officer.  Obviously

3        you guys are all meeting, and at some point

4        during the meeting -- it's February, so it's

5        cold out, correct?

6   A    Yeah.  I had a coat on.

7   Q    The entire time the group was meeting at the

8        Burger King, were you out of your vehicle, or

9        at some point did you go get back in your

10       vehicle because you're like, well, I'm not

11       wearing armor, so I'm just going to go sit in

12       my car?

13  A    Right.  After officer -- after Officer Knox

14       radioed in that he was coming, I said to Price,

15       I'm probably going to go home, and I kind of

16       checked myself out of the conversation, and I

17       did go sit in my personal car, yes.

18  Q    And when you went to go sit in your personal

19       car, is there a reason why you actually did not

20       go home if you had already conveyed your intent

21       to do so?

22  A    My thought was I would stay on the outskirts

23       and at least put eyes on what was going on and

24       just make sure they had enough hands.

25  Q    Bodies essentially?

1   A   Correct.

2   Q   At what point does Ortiz show up?

3   A   I don't know if he showed up before I went to

4       my car or after.

5   Q   Before you went to your car, did you have any

6       knowledge, or was it shared with you the make

7       and model of the vehicle that you were looking

8       for at Roma's?

9   A   I don't believe so before I went to my car.

10  Q   And while you were out of your car at the

11      Burger King having these conversations -- let

12      me back up.

13                  While you were out of your car,

14      did Knox show up so that he physically arrived

15      and you were out of your vehicle, or were you

16      back in your vehicle at the point in time Knox

17      showed up?

18  A   I believe his vehicle was pulling up as I was

19      walking back to my car.

20  Q   And prior to you walking back to your car, were

21      there any conversations between Price,

22      Swendrowski, Weber, because those were the

23      three that were there, correct?

24  A   Correct.

25  Q   And -- I'm just -- all I'm trying to do is get

1        an order of who is there, who's on first.

2                   So we know it's Price.  We know

3        it's Swendrowski.  We know it's Weber, correct?

4   A    Correct.

5   Q    And you?

6   A    Correct.

7   Q    And then at some point you make the decision

8        I'm going to go sit in my car?

9   A    Correct.

10  Q    And as you're making that decision and starting

11       to walk to your car or get in it, that's when

12       Knox shows up?

13  A    Correct.

14  Q    Was Ortiz there, or did he come after Knox?

15  A    I don't remember.

16  Q    When you go back to your car, you, I'm

17       assuming, can see the group of people that are

18       meeting and having discussions at the Burger

19       King, correct?

20  A    Correct.

21  Q    Did you witness Knox participate in those

22       discussions?  Obviously you couldn't hear, but

23       did you witness him as part of that group?

24  A    I don't recall seeing him get out of his car.

25       That's about the best I can answer that.

1   Q   Sure.  Did you happen to notice how Knox was

2       dressed physically?

3   A   Not at that time.

4   Q   And so you don't know where Ortiz whether he

5       was there or not by the time you went back to

6       your car, fair?

7   A   I don't know one way or the other.

8   Q   Prior to you going back to the car, was there a

9       discussion at least amongst the individuals

10      that were there, Price, Weber, Swendrowski, as

11      to what they were going to do at Roma's, what

12      the plan was?

13  A   I don't remember specifics, but it was on the

14      line of what had happened at Burger King,

15      locate the vehicle, conduct a traffic stop.

16  Q   So there was discussions.  You just don't have

17      specifics?

18  A   Correct.

19  Q   That's fine.  Were you -- I know you said you

20      wanted to -- even though you told Price you

21      were going to go home, but you decided to hang

22      around and give him eyes on and hands and

23      everything.

24                      Did you ever or did your name

25      ever come up amongst that group as to we'll

1      have Hackett go into the parking lot or we'll

2      have Hackett nearby or anything like that?

3      Just the same thing with the Burger King, you

4      were pumping gas.  Obviously you're not pumping

5      gas at Roma's.

6                      Were there any discussions where

7      your name came up that you would be undercover

8      or participating in some manner in that traffic

9      stop at Roma's?

10  A   No.  I was a nonparticipant participant.

11  Q   So all you knew is there was going to be a

12      traffic stop at Roma's.  There were some

13      individuals.  Cocaine was involved.  And you

14      were heading back to your car?

15  A   Correct.

16  Q   How long did this meeting last that you were a

17      participant of where it's Weber, Price,

18      Swendrowski?

19                  MR. LAUER:  Object to the form.

20      Where they're talking about the plan or they're

21      together?

22                  MR. CADE:  Well, they're together,

23      and we'll get specifics of the plan in a

24      minute.

25                  MR. LAUER:  Do you understand?

1              THE WITNESS:  So while I'm out of my

2       car still in the Burger King parking lot?

3   BY MR. CADE:

4   Q   Right.  So it's basically I want to know the

5       time frame.  It's Swendrowski, it's Weber, it's

6       Price, it's you because you don't recall

7       whether Ortiz had stopped or not.

8                   The four of you, how long were

9       you participating in the conversations of hey,

10      there's a guy at Roma's, he's got cocaine,

11      we'll pretty much do the same thing we did at

12      McDonald's?

13  A   It was a fair amount of time, 10 or so, because

14      at that point we didn't know Knox was coming

15      back.

16              MR. LAUER:  10 minutes?

17              THE WITNESS:  Correct.  Things had

18      kind of slowed down at that point I just

19      remember.

20  BY MR. CADE:

21  Q   Before Knox indicated he was coming back on

22      duty, were there discussions about not going

23      forward with the bust at Roma's?

24  A   There was a manpower concern, yes.

25  Q   What was discussed?

1    A    The fact that we have two squad cars that have

2         individuals that we had just arrested, we're

3         going to need to do something with them before

4         we start something else.

5    Q    Subsequently you learned that -- or you know

6         that Knox is not in department uniform, he's in

7         a polo shirt and jeans, et cetera; fair?

8    A    I do eventually discover he's not wearing his

9         uniform, yes.

10   Q    Do you know why it was not suggested that Knox

11        convey one of the suspects back to the village

12        police department in his Town of East Troy

13        vehicle as opposed to participate in the plan?

14   A    I don't.

15   Q    So you go back, get in your car.  I'm assuming

16        the people all leave the Burger King.  Prior to

17        leaving the Burger King, did you have any radio

18        communications with anybody about any

19        additional information as to the plan?

20   A    Prior to leaving the Burger King?

21   Q    Correct.

22   A    I don't believe so.

23   Q    So as you go back to your car, you just know,

24        hey, they're going to go do a bust, a takedown;

25        I'm going to be nearby to give them eyes on.

1      You don't know make or model or how many

2      potential suspects or anything, fair?

3              MR. LAUER:  Object to the form of the

4      question.

5                  You may answer.  Go ahead.

6              THE WITNESS:  Before leaving the

7      Burger King?

8   BY MR. CADE:

9   Q   Correct.

10  A   That's correct.

11  Q   So as they leave the Burger King, walk me

12      through that point.  What happened next?

13  A   I sat in my car.  They were still standing

14      outside of their cars.  They eventually got

15      into their squad cars.  I saw them leave the

16      Burger King and turn north on ES, so I got in

17      behind them north on ES.

18                  Officer Price turned right at

19      Highway 20.  I believe there was some radio

20      communication about a car.  And then he did

21      turn around and join back up with us.  I pulled

22      into the firehouse, and the marked vehicles

23      continued on into Roma's.

24                  I parked my car at the firehouse

25      and started walking north.

1   Q   As you were walking north, was there snow on

2       the ground?

3   A   I don't think so.

4   Q   When you say they left the Burger King, can you

5       give me who left the Burger King to head

6       towards Roma's?

7   A   I believe Price was first and then Knox, maybe

8       next Ortiz and then me.  I can't recall the

9       exact order.

10  Q   And just to clarify, I know you had said, hey,

11      we've got this manpower issue.  Was there any

12      communication while you were at the Burger King

13      and you were part of the group meeting to

14      contact either the Town of East Troy for

15      additional manpower or to contact Walworth

16      County to assist?

17  A   For additional units?

18  Q   Correct.

19  A   We had two deputies there and two -- one car.

20      I don't know if Officer Price or deputy chief

21      talked about that.

22  Q   That's all I'm trying to figure out is we know

23      we've got two village police cars that are

24      there, but one has a suspect in it and the

25      other has the informant in it, correct?

1    A    Correct.

2    Q    And we know we've got two Walworth County

3         deputies.  One has a suspect and one shows up

4         approximately the time you're either walking

5         back to your car or right contemporaneously,

6         correct?

7    A    Correct.

8    Q    And you had said that before Knox came on the

9         radio, there was a concern about manpower,

10        correct?

11   A    Correct.

12   Q    Because it would only be Price and Ortiz that

13        would have available cars, fair?

14   A    Correct.

15   Q    So what I'm wondering is at that point in time

16        while there was discussions about manpower, did

17        anyone get on the radio and call Walworth

18        County and see if they had additional units

19        that could be spared or contact the Town of

20        East Troy to say do you guys have any

21        additional bodies you can assist with?

22   A    I know the Town of East Troy wouldn't have, but

23        I do not know if Price or deputy chief made a

24        phone call to the county.

25   Q    Why do you know the town wouldn't have?

1   A   Because when they went to that training, they

2       were the only officer on duty.

3   Q   Knox was the only officer on duty?

4   A   I believe they left the town uncovered and

5       county would cover down for them -- for any

6       emergency calls.  Non-emergency calls are

7       typically stacked.

8   Q   And what do you mean by "stacked"?

9   A   They wait until we come back for non-emergency.

10  Q   It's just like there's no police officers, and

11      the proverbial cat in the tree kind of thing,

12      you'll get to it when you get to it?

13  A   Correct.  It's not an emergency.

14  Q   Subsequently, I assume you were aware also in

15      the vehicle with Knox is Sergeant Smith?

16  A   I learned that later.

17  Q   Now Sergeant Schmidt has testified and it's in

18      his DCI report that he was off duty that day.

19      So he was never on duty and never reported on,

20      et cetera.  You're saying that the town only

21      had one officer on duty that day in terms of

22      Knox?

23  A   That's typical, yes.

24  Q   What do you mean "that's typical"?  I thought

25      usually they have two or three depending on the

1      rotations.

2                MR. LAUER:  The town you're talking

3      about?

4                MR. CADE:  The town, correct.

5                MR. LAUER:  Go ahead.  If you know.

6                THE WITNESS:  Like, for instance --

7      well, day shift is different.  But for the

8      village, I'm typically by myself on first

9      shift.  There's the chief, but I take the road.

10     Second shift is by themselves, and for the most

11     part third shift is by themselves.  Every now

12     and then there's some overlap.  Same with the

13     township.

14   BY MR. CADE:

15   Q    I thought on first shift you're dealing with

16        the schools pretty much every day?

17   A    No, two days a week.

18   Q    Two days a week you're dealing with the schools

19        and the other days --

20   A    I'm on the road.

21   Q    -- you're on the road, and you're probably

22        doing the same five on, two off, four on, two

23        off shift?

24   A    Correct.

25   Q    So you drive over to Roma's.  You -- once Price

1      makes that turn on 20, he at some point loops

2      back around you, correct?

3  A   I believe so.

4  Q   And what was the radio chatter about Price, and

5      what he was doing?

6  A   I think at that point he had learned what the

7      vehicle was or what the vehicle was parked next

8      to.

9  Q   Does the Grand Marquis mean anything to you?

10 A   That does pop into my brain.

11 Q   Was there any chatter in terms of someone

12     saying to Price what the hell are you doing,

13     where are you going?

14            MR. LAUER:  On the radio you're

15     talking about?

16            MR. CADE:  On the radio, correct,

17     when he makes that turn.

18            THE WITNESS:  I don't know if it's on

19     the radio, but I did ask myself that.

20 BY MR. CADE:

21 Q   But you didn't follow Price when he made the

22     turn.  You continued following Knox and Ortiz?

23 A   I was going to the firehouse, yes.  I was

24     continuing onto the firehouse.

25 Q   No matter what, you were going to head to the

1     firehouse?

2  A    Correct.

3              MR. LAUER:  Object to the form of the

4      question.

5                   Go ahead.

6              MR. CADE:  What was wrong with the

7      question?

8              MR. LAUER:  "No matter what" is vague

9      and overly broad, Counsel.  So I'll object to

10     the form.

11             MR. CADE:  I'll rephrase.

12  BY MR. CADE:

13  Q    In your head prior to leaving Burger King, you

14     had made the decision you were going to go to

15     the firehouse no matter what the other officers

16     did?  You were going to be at I'm assuming a

17     safe distance at the firehouse because you did

18     not have on uniform and body armor and that

19     type of stuff, fair?

20  A    Correct.

21  Q    So as you pull into the firehouse, what did you

22     observe?

23  A    The marked squads continued into the Roma's

24     parking lot.

25  Q    Okay.  Take a moment and look at Exhibit 38

1      which is an aerial photograph.  You'll see on

2      38 to essentially the south or southwest there

3      appears to be a concrete driveway, and there's

4      several cars that are there.  I see a couple

5      red trucks, et cetera.  Is that the firehouse?

6   A  That is.

7   Q  On that aerial photograph when you parked your

8      vehicle, is it visible, or did you park

9      somewhere else?

10  A  I would say in the vicinity of this red and

11     white car.

12  Q  Okay.  Well, I'm -- I've got three Sharpies.

13     You can pick whichever color you'd like.  If

14     you would just put an X with one of the

15     Sharpies with where you parked your vehicle.

16  A  (Witness complies.)

17  Q  Draw a circle around it, please, sir.

18  A  (Witness complies.)

19  Q  And then just do a little line off to the side

20     and just write Hackett.

21  A  (Witness complies.)

22  Q  So in a blue Sharpie you've put an X where the

23     fire station is, and you've indicated where you

24     approximately would have parked your vehicle,

25     fair?

1   A   That's correct.

2   Q   And from there we can also see on this aerial

3       photograph, not great because of probably --

4       you'd agree with me the photograph depicts

5       grass and everything.  It's very brown.  It's

6       not green and lush, true?

7   A   Correct.

8   Q   So more likely winter, maybe early spring or

9       very late fall, but definitely the trees don't

10      look like they have leaves on them from this

11      aerial photograph.

12  A   Correct.

13  Q   From where you placed the X on Exhibit 38,

14      there are trees.  Did the trees block your view

15      of Roma's?

16              MR. LAUER:  The question's vague.  As

17      to Roma's what, the building, the parking lot?

18              MR. CADE:  Starting with the

19      building, the parking lot.

20  BY MR. CADE:

21  Q   Was your viewpoint of looking to the next

22      property over, was it blocked by trees?

23      Obviously we're not on the ground.  We're

24      looking at this from an aerial photograph, so I

25      don't know if those trees extend all the way

1      down so that if they're bunched up, no matter

2      what, you can't see what's going on.  Some

3      people have trees to kind of use as privacy or

4      if these are taller trees that you can see

5      right through the trunks into or at Roma's.

6   A  If you get out of my car, you can see the

7      building.

8   Q  Okay.  If you would, Officer, draw an N for

9      north, the typical north directional.

10  A  (Witness complies.)

11  Q  And in red you've drawn an arrow showing what

12     is directionally north?

13  A  Um-hum, correct.

14  Q  So from your vantage point as soon as you

15     pulled up into the parking lot, did you

16     immediately get out of your car and begin

17     walking, or did you wait in your car for a

18     moment?

19  A  I think the second I put it in park, turned it

20     off, I got out of my car.

21  Q  And started walking towards Roma's?

22  A  I did.

23  Q  At any point in time -- we know there's a

24     shooting, correct?

25  A  Correct.

1   Q    And did you hear the shots fired?

2   A    I did.

3   Q    Prior to hearing shots fired, and I'll work

4        backwards, did you see any emergency lights

5        activated?

6   A    I don't recall seeing any squad cars.

7   Q    With their lights -- emergency lights

8        activated, correct?

9             MR. LAUER:  The question is vague.

10            MR. CADE:  I'll rephrase.

11            MR. LAUER:  If you're pinpointing

12       when he is walking after his vehicle, say that.

13            MR. CADE:  Rob, I'll rephrase.

14            MR. LAUER:  Incidentally, what time

15       is your conference?

16            MR. CADE:  I've got about two

17       minutes, and then I'll go off line.

18            MR. LAUER:  Okay.

19  BY MR. CADE:

20  Q    So you get out of your car immediately, and you

21       begin walking to Roma's?

22  A    Correct.

23  Q    So between getting out of your car and walking

24       to Roma's and hearing shots fired, at any point

25       did you observe anywhere either vehicles

1            actually with their lights activated or maybe

2            the flashing glow of an emergency light?

3            That's all I'm trying to pinpoint is in that

4            time frame, did you observe any lights?

5     A      I couldn't see any squad cars.

6     Q      Okay.  You'd agree with me this time, 5:20,

7            5:30 roughly on the 24th of February?

8     A      Correct.

9     Q      And it's starting to get dark, it's starting to

10           be dusk, end of the day February, that type of

11           thing, correct?

12                   MR. LAUER:  Object to the form.

13                       Go ahead.

14                   THE WITNESS:  It started -- it was

15           towards the end of the day.  You bet, but the

16           sunlight was still there.

17    BY MR. CADE:

18    Q      Sure.  And all I'm trying to get at is even if

19           you can't see a car physically, sometimes you

20           can see, you know, maybe what appears to be

21           strobing, flashing, you know, shadows being

22           dispersed because of light.

23                       Did you have anything to suggest

24           that emergency lights had been activated prior

25           to you hearing the shots fired?

1   A   I don't recall seeing any reflections or

2       indications of emergency lights.

3   Q   If you would with that same blue pen, because

4       we'll stick with that, if you would draw

5       basically the path that you took towards

6       Roma's.

7   A   (Witness complies.)

8   Q   And then can you put -- let's do this.  You

9       walked towards Roma's until you heard shots

10      fired, right?

11  A   Correct.

12  Q   And then when you heard shots fired or you

13      heard the physical shots, what did you do?

14  A   Stopped.  I attempted to say shots fired over

15      the radio, but I don't think it transmitted.  I

16      heard the squealing of tires leaving, and I saw

17      a vehicle leaving Roma's going south on ES past

18      my location.

19  Q   If you would, would you find the spot

20      approximately where you were at where you heard

21      the shots being fired?  And then I'd like you

22      to put a one and then a circle through it.

23              Does that make sense?

24  A   A one?

25  Q   Right, so wherever you were when you heard the

1       shots fired.

2   A   Okay.

3   Q   And then a circle around it.

4   A   (Witness complies.)

5               MR. LAUER:  We didn't say this, but

6       we understand this is not drawn to scale.

7               MR. CADE:  Correct.

8               MR. LAUER:  Thank you.

9   BY MR. CADE:

10  Q   All I'm trying to do is because I know -- I've

11      got your DCI report.  I know there's subsequent

12      movement, things like that, Officer, so, you

13      know, there's going to be a one, there will be

14      a two, things like that, but I just want

15      roughly where you were when you heard the

16      shots -- the initial shooting of the shots.

17  A   Right there.

18  Q   And you've drawn a one.

19  A   It's kind of hard with the Sharpie.

20  Q   Yeah.  That Sharpie is not very sharp, but

21      you've drawn a one where that position is,

22      correct?

23  A   Correct.

24  Q   I'm going to hand you a different Sharpie.

25      Maybe this one has a better tip for you to use.

1            MR. CADE:  Why don't we go off the

2       record for a few minutes.  I'm going to go next

3       door and jump on my call.

4            MR. LAUER:  So we can take a break?

5            MR. CADE:  We can take a break, 10,

6       12 minutes.

7            (Recess taken from 9:57 a.m. to 10:12

8       a.m.)

9  BY MR. CADE:

10  Q    Okay, Officer Hackett, back on the record.  I

11       had you draw on Exhibit 38 a one when you heard

12       the shots fired.  And I just want to kind of

13       walk you through hearing the shots fired.

14            So I would imagine, and if I'm

15       wrong, correct me, that as soon as you hear

16       shots fired, your training is to immediately

17       stop because you need to assess where they're

18       coming from, et cetera, fair?

19  A    I'd say that's part of the process.

20  Q    Because if they're coming from behind you, you

21       want to know if there's someone from behind you

22       or the side or whatever.  The first thing is

23       where are the shots coming from, assess the

24       situation and then figure out what to do next?

25  A    That sounds reasonable.

1   Q   So when you heard these shots fired, were you

2       able to tell the direction they were coming

3       from?

4   A   I knew they were to my front and left.

5   Q   So essentially to the north whatever

6       directional?

7   A   (Nods.)

8   Q   When you say the "front," coming towards the

9       Roma's area?

10  A   Right, so probably the north, northwest.

11  Q   So you said you heard shots fired and then

12      squealing tires as the vehicle left Roma's

13      making a left on ES and out?

14  A   Those are the sounds I remember.

15  Q   Prior to hearing the shots fired, did you hear

16      any squealing or loud noises?

17  A   I don't recall.

18  Q   What happened next after you saw -- you heard

19      shots fired and you see a vehicle escape?  I

20      presume you saw one or two police vehicles give

21      chase.

22  A   I believe I just saw one vehicle.

23  Q   And from the position you're at on that one,

24      were you able to see -- at that point in time

25      shots fired, were you able to see any vehicles,

1       not leaving Roma's but physically looking at

2       Roma's towards the building or the parking lot,

3       could you see any of the vehicles there?

4   A   I mean I think the cooks were parked here, and

5       I'm sure there was a couple of cars over here.

6   Q   No, I'm sorry.  I didn't mean like regular

7       vehicles.  I mean police vehicles.

8   A   No.

9   Q   So you could see other vehicles because the

10      parking lot basically is in essence 360 around

11      that building, correct?

12  A   Correct.

13  Q   So you saw other vehicles, but you did not see

14      any police vehicles --

15  A   Correct.

16  Q   -- until they left, whether it was one or two

17      left the Roma's parking lot?

18  A   Correct.

19  Q   When you drove into the fire department

20      initially -- you parked where you put that X --

21      did you see where either Knox or Ortiz or

22      Price, did you see where they entered Roma's?

23  A   It was the most northern entrance.

24  Q   Who did you see enter the most northern

25      entrance?

1    A    I think all the squad cars did.

2    Q    That's your recollection, all squad cars

3         entered that way?

4    A    I believe so.

5    Q    And as they entered, did you lose sight of them

6         because of where you were parked based on that

7         X on Exhibit 38?

8    A    Correct.  So you can see there's another

9         driveway here for the firehouse.

10   Q    Okay.  So the firehouse is two driveways?

11   A    Correct.  So I entered this one, came around

12        the building on the back side of the firehouse,

13        came up and parked here.

14   Q    So for the record, you demonstrated -- looking

15        at Exhibit 38 there's some white space that's

16        at the bottom of the photograph in the area

17        that the Exhibit 38 sticker is.  You're

18        indicating that in the area you've parked your

19        vehicle and you've indicated by X that the fire

20        station has two driveways, and it essentially

21        has -- very similar to Roma's, you have the

22        ability to enter one entrance and drive around

23        the building towards the other entrance?

24   A    That's correct.

25   Q    So you entered the fire station in the southern

1       entrance, drove around the fire station, and

2       then parked near the northern entrance where

3       it's marked with the X?

4   A   Correct.

5   Q   Got out of your vehicle.  And then as soon as

6       you got out where position one is indicated,

7       you hear shots fired?

8   A   Correct.

9   Q   After you hear the shots fired, what did you

10      do?

11  A   I recall attempting to put that out over the

12      radio.  I saw a vehicle leaving Roma's at a

13      high rate of speed.  In my brain -- eventually

14      I made my way back to my car and then back to

15      Roma's.

16  Q   When you say back to your car, back to your car

17      to move it towards Roma's or back to your car

18      just to do something else?

19  A   I went back to my car and then realized it

20      wasn't a squad car.  It just -- tunnel vision

21      kind of kicked in, and I then went back to -- I

22      left my car there and then on foot went into

23      Roma's.

24  Q   So your initial thought -- your tunnel vision

25      was, get in my car and help with the pursuit?

1    A    Correct.

2    Q    And then as you're going back, you're like,

3         oh --

4    A    It's my Cadillac.

5    Q    -- it's my Cadillac, and that really shouldn't

6         be on the road driving at a high rate of speed

7         without police lights, fair?

8    A    That would be a fair estimate, yes.

9    Q    So then what did you do after you came to that

10        realization?  Did you leave your car at the

11        fire station, or did you move it?

12   A    I left it there.

13   Q    And then you walked back to Roma's?

14   A    I ran back to Roma's.

15   Q    And when you ran back, what did you do at that

16        point?

17   A    Made contact with the only squad car I could

18        see, and that was the Town of East Troy.

19   Q    And that was Knox?

20   A    Correct.

21   Q    And when you made contact, did you realize that

22        Schmidt at that point was in the vehicle?

23   A    I did.

24   Q    And what did you guys discuss, you and Knox

25        and/or Schmidt?

1   A   Questions were asked about what happened.

2   Q   Okay.  And what were you told?

3   A   I don't remember getting an answer right away.

4       Because an employee had come out, I remember

5       right away screaming that someone had ran that

6       way towards the interstate.

7   Q   An individual had run towards the interstate?

8   A   Correct.

9   Q   And who came out and told you an individual

10      ran, was it a male or a female?

11  A   Female.

12  Q   She said, hey, I just saw someone run towards

13      the interstate?

14  A   Someone just ran that way, yes, and pointed

15      towards the interstate.

16  Q   And then did you follow to figure out who that

17      person was?

18  A   I did.

19  Q   And did you find that individual?

20  A   I did.

21  Q   And was that the informant?

22  A   It was.

23  Q   Had you seen the informant at any time when you

24      were back at the village police station --

25      initially you're coming off of duty, finishing

1    up at the schools.  You find out from Price,

2    hey, move the guy's car, here's the plan, we're

3    going to do McDonald's and the Shell.

4                      Had you seen the informant at

5    any point in time prior to Burger King and

6    heading to Roma's?

7  A   I think from poking my head in the back of the

8    booking room while Price was back there.

9  Q   So you knew who that individual was or at least

10   had seen him?

11  A   I visually recognized him.

12  Q   And were you aware that the informant was in

13   the back seat of Price's car as you were

14   driving over towards Roma's?

15  A   I was.

16  Q   Is there any policy that the village has with

17   regards to informants being in the back of

18   vehicles during an operation?

19  A   I don't believe so.

20  Q   Have you ever had experience with an informant

21   having them in the back seat of your squad car

22   during an operation?

23  A   No.

24  Q   Have you ever had an opportunity to work with

25   informants?

1              MR. LAUER:  Before this?

2              MR. CADE:  Before this.

3              THE WITNESS:  Not as the liaison or

4      direct contact, no.

5    BY MR. CADE:

6    Q    Just on the periphery of whatever is going on?

7    A    Correct.

8    Q    Did you have any concerns about the informant

9         being in the back seat of the squad car heading

10        over towards Roma's to do a takedown?

11             MR. LAUER:  Object to the form of the

12        question.

13                  Subject to that, you may answer.

14             THE WITNESS:  I don't recall having

15        any misgivings.

16   BY MR. CADE:

17   Q    One of the things you had stated that you were

18        going to kind of stay back was the fact that

19        you didn't have body armor on, so you didn't

20        want to be physically driving into Roma's

21        because you don't know what's going to happen,

22        correct?

23   A    Correct.

24   Q    And so even though you had concerns about your

25        personal safety and not having body armor, you

1      did not have any concerns -- concerns with

2      regards to the confidential informant heading

3      over there without any type of body armor or

4      something -- some sort of protective gear?

5  A   That thought did not enter my mind.

6  Q   Did you have any conversations with Knox or

7      Schmidt as to once you got the informant and

8      find out who that individual was, did you speak

9      to them with regards to what had occurred?

10 A   Yes.  I asked them what happened.

11 Q   And what were you told?

12 A   I don't exactly remember a lot of details

13     coming out.  I remember then focusing on kind

14     of securing the scene because I knew that a

15     shooting had taken place.  Everyone there was

16     safe.  Now we have to secure the scene.

17 Q   And at some point you made the decision to

18     start spray painting where shell casings were,

19     correct?

20 A   Both me and Knox identified that as something

21     we should probably do immediately.

22 Q   Did you have the spray paint in your car, or

23     did Knox have the spray paint?

24 A   I didn't have a car, so everything came out of

25     Officer Knox's car.

1   Q    So a decision is made we should secure

2        evidence, and you made the decision to spray

3        paint where the shell casings were, correct?

4   A    Either I or Knox did.

5   Q    And at some point you guys placed cones in

6        those locations as well?

7   A    Correct.

8   Q    And neither -- did Schmidt say anything to you

9        when you asked what happened?

10  A    No.

11  Q    Did either one of them tell you that the

12       suspect vehicle had attempted to run down

13       Ortiz?

14  A    I don't recall.

15  Q    You just knew you heard the shooting.  You

16       heard squealing.  You eventually went over

17       there, secured evidence, found the confidential

18       informant and then just waited for backup I

19       guess?

20  A    Essentially.

21              (Exhibit 39 was marked for

22       identification.)

23  BY MR. CADE:

24  Q    I'm going to show you what's been marked as

25       Exhibit 39.  And 39 is a copy of your interview

1            with DCI, Department of Criminal Investigation.

2                           Have you seen this document

3       before, sir?

4   A    I have.

5   Q    If you look at the bottom -- again, I told you

6       about the Bates numbers.  You'll see that it's

7       marked T001570 all the way through 1579.  And

8       what I'll do is I'll just call out specific

9       pages.

10                          On page 1573 in the second

11      paragraph, you'll see, Officer, that at the

12      very last sentence it says "Lastly, SA" -- or

13      special agent -- "Joy clarified that the

14      criminal investigation being conducted by the

15      Wisconsin Department of Justice-Division of

16      Criminal Investigation was separate from any

17      internal investigation that may be conducted by

18      Hackett's department."

19                          Do you know if your department

20      conducted any internal investigation of that

21      shooting?

22  A    I am not aware of that.

23  Q    Were you ever -- other than this interview by

24      Special Agent Joy and special agent Prieve,

25      P-R-I-E-V-E, were you ever interviewed as to

1        what had transpired on February 24th?

2                    MR. LAUER:  Object to the form of the

3        question.  It's vague.

4                    MR. CADE:  I'll rephrase.

5   BY MR. CADE:

6   Q    Other than meeting with your attorney from

7        February 24th through today's deposition other

8        than meeting with Mr. Lauer or someone from his

9        office, legal counsel, did you ever have --

10       were you ever interviewed or asked, Officer

11       Hackett, Aaron, what happened on February 24th?

12  A    Other than this DCI interview and then their

13       secondary follow-up, no.

14  Q    And I'll get to the secondary because it's all

15       part of this Exhibit 39.

16                    If you would turn to the next

17       page, sir.  So it looks like you're driving a

18       '92 Cadillac.  Is that like a classic Cadillac?

19  A    I bought it from a buddy in the American

20       Legion, yes.

21  Q    I don't know.  Do you have one of those special

22       light blue plates that it's --

23  A    I did not get one of those, no.

24  Q    Does the department, the village, have any

25       rules with regards to officers participating in

1      any sort of police operations being in plain

2      clothes or civilian clothes versus being in

3      uniform?

4   A  I don't recall anything specific requiring

5      certain things.

6   Q  I'm assuming Exhibit 39 you've read since

7      giving the report and doing the follow-up,

8      meaning you've read that since February of

9      2016, correct?

10  A  I have read this, yes.

11  Q  I want you to turn to page 1576.  Looking at

12     the top paragraph where it says "Hackett

13     stated, a Town of East Troy Police Department

14     officer," do you see that at the very top of

15     that page, sir?

16  A  Correct.

17  Q  Further in that sentence after the word Burger

18     King it says "Hackett stated that he had asked

19     Price if he could go home.  Price indicated

20     that Hackett's further assistance would be

21     needed."

22                 What did Price specifically tell

23     you that your further assistance would be

24     needed?

25  A  I will try to explain this as best I can.

1    Q    Sure.

2    A    I have known Officer Price for a long time.  I

3         would consider him someone that I can read his

4         body language, and he can read mine.

5                        When Knox had called over the

6         radio, I recall saying to Price, "You guys got

7         enough bodies now, I'm going to go home."  I

8         don't know how to convey this to a court

9         reporter, but his face was one that a friend

10        gives another friend and that's, you got to go,

11        that kind of thing.  Do you know what I mean?

12   Q    Sort of like my wife will tell me she has an

13        issue; friend up?

14   A    Yeah.  There's a sarcastic notion to it.  Now

15        if I had gone to my Cadillac and hopped in and

16        drove home, that would have been no issue on

17        Price's side.

18   Q    But he gave you a look of like, really, you're

19        going to go home?

20   A    I would say that that's an accurate

21        representation.

22   Q    And in giving you that look, really, are you

23        going to go home, did you get the sense that

24        Price thought this was going to be a big

25        operation over at Roma's, or was it a sense of

1      you're going to miss out on the fun

2      sarcastically by visual intonation?

3   A    I don't know about fun.

4            MR. LAUER:  I'll object to the form

5      of the question.  It's compound and vague and

6      overly broad.

7                 Go ahead if you can answer.

8            THE WITNESS:  I knew I wasn't needed.

9      I wouldn't describe it as "fun."  I don't know

10     how to describe it to you.

11  BY MR. CADE:

12  Q    Just he gave you a look of like, really, you're

13     going to go home?

14  A    Yeah, in a poke-the-bear way.

15  Q    So because of that, you decided to stick

16     around?

17  A    In an extremely secondary means, yes.

18  Q    Turning down to the third paragraph really

19     where it starts "Hackett said Deputy Ortiz," do

20     you see that?

21  A    Yes.

22  Q    In the middle of that paragraph you have

23     "Hackett stated after a very short brief by

24     Price, the squads left the Burger King with

25     Price leading followed by Knox, Ortiz and

1      Hackett.  Hackett stated that Knox received at

2      most a two-minute brief by Price."

3                  Did I read that correct?

4  A   You did.

5  Q   Then later on it says "Hackett reiterated Knox

6      had received at most a two-minute brief from

7      Price about what they were going to do at

8      Roma's."

9                  Why did you have a need to

10     reiterate what -- the time frame that Knox had

11     received for a briefing?

12 A   I don't know.  Perhaps I was asked twice.  I

13     don't recall.

14 Q   But you certainly saw Knox arrive.  You saw

15     Knox participate -- arrive at the Burger King.

16     You saw Knox participate in a discussion, and

17     your recollection immediately after the

18     shooting was at most it was two minutes for

19     Knox to have this briefing or description of

20     the plan with Price, fair?

21 A   From a distance of my car, yes, fair.

22 Q   Nothing had come over the radio as to what was

23     going to be done, correct?

24 A   I don't recall.

25 Q   If it was over the radio, you would have heard

1       because you had a radio, correct?

2                  MR. LAUER:  I'll object.  Asked and

3            answered.  I mean he talked about some other

4            radio contact, but you're just talking about at

5            this time?

6                  MR. CADE:  I'm talking about the plan

7            being implemented.

8    BY MR. CADE:

9    Q    When Knox shows up -- I just want to make sure

10           there wasn't a discussion between Knox and

11           Price or Knox and someone else where as Knox is

12           driving to the scene, they're discussing what's

13           going to take place.

14   A    No.  Everything was verbal for them over there.

15   Q    Okay.  Turn to the last paragraph.  You

16           indicate there you recall seeing -- second

17           sentence -- "Remembered seeing Knox and Price

18           pull in but wasn't sure where Ortiz was in the

19           caravan and whether he was first or last."

20                        You do know Ortiz was in front

21           of you as you drove to Roma's, correct?

22   A    Correct.

23   Q    And you know Price was behind you because he

24           looped back around, correct?

25   A    Correct.

1   Q    But you don't remember Ortiz, how he went to

2        the parking lot at Roma's?

3                 MR. LAUER:  Object to the form.  You

4        mean the order?

5                 MR. CADE:  Correct.

6                 THE WITNESS:  I guess I don't

7        remember.

8   BY MR. CADE:

9   Q    That's fine.  Turn to the last page -- I'm

10       sorry, the second-to-last page, 1578.  On 1578,

11       middle paragraph where it says "Hackett stated

12       that at some point on scene," do you see that?

13  A    I do.

14  Q    The last sentence "Hackett clarified he hadn't

15       heard anything other than the shots.  He

16       confirmed that he hadn't heard any commands,

17       just pop, pop, pop."  Do you see that?

18  A    I do.

19  Q    Do you recall hearing three shots or four

20       shots?

21  A    It was three or four.

22  Q    Let me ask you this --

23  A    I mean --

24  Q    Go ahead.  I'm sorry.  I didn't mean to

25       interrupt.

1  A    That's okay.  Approximately four shots.

2  Q    And so just so I'm clear, as you were walking,

3       can you give an approximation -- at the point

4       you were at point number one when you first

5       heard the shots, can you give an approximation

6       as to how far away you are, the distance

7       between your point one and, say, the northern

8       entrance to Roma's?  Can you give me a distance

9       approximation, if you can?

10 A    150 feet.

11 Q    Because at some point, you did run then?  You

12      went back to your car, and at some point you

13      sprinted over there, correct?

14 A    Correct.

15 Q    And at the point you heard the shooting, pop,

16      pop, pop, I'm assuming you've -- whether at a

17      range or -- I should back up.  I shouldn't make

18      assumptions.

19                    In the line of duty, have you

20      ever had to fire your weapon, not on a training

21      range but at a suspect or responding to

22      something?

23 A    Not as a police officer, no.

24 Q    You fired your weapon other times?

25 A    I did two tours in Iraq as an infantryman.

1  Q   Sure, okay.  Not a handgun.  That would be a

2      rifle, correct?

3  A   Correct.

4  Q   Thank you for your service, by the way.

5  A   No issue.

6  Q   I'm sorry?

7  A   No issue.

8  Q   So when you heard the firing, did there -- did

9      it sound like you to that it was in rapid

10     succession, pop, pop, pop, pop, pop, or did it

11     sound like there were a couple shots, a pause,

12     and a couple of shots?

13                  Do you understand the

14     distinction in my question?

15 A   I do.

16 Q   Okay.

17 A   They sounded as if they were in close

18     succession.

19 Q   No pause?

20 A   I don't recall.

21 Q   And I know you didn't have a stopwatch or

22     anything to know that it was coming.

23                  At the time that you heard the

24     shooting, you had not heard -- we've already

25     iterated you didn't hear any sirens prior to

1      the shooting, correct?

2  A    Correct.

3  Q    You had no recollection or you didn't see any

4      emergency-activated lights, correct?

5  A    Correct.

6  Q    You didn't hear any other sounds, squealing

7      tires, honking of horns, anything like that

8      prior to the shooting?

9  A    Correct.

10 Q    After the shooting, you're figuring out what's

11     going on, and then you see a car squealing

12     tires make a left out of the parking lot

13     heading south on ES?

14 A    Correct.

15             MR. CADE:  Those are my questions.

16             MR. SPARKS:  Nothing from me.

17             MS. THOMPSON:  Nothing.  Thank you.

18             MR. LAUER:  Okay.  That's it.

19         (Proceedings concluded at 10:38 a.m.)

20

21

22

23

24

25

1  STATE OF WISCONSIN    )
                          ) SS:
2  COUNTY OF MILWAUKEE   )

3

4               I, Dawn M. Lahti, RPR, CRR and Notary

5      Public in and for the State of Wisconsin, do

6      hereby certify that the preceding deposition

7      was recorded by me and reduced to writing under

8      my personal direction.

9                    I further certify that I am not

10     a relative or employee or attorney or counsel

11     of any of the parties, or a relative or

12     employee of such attorney or counsel, or

13     financially interested directly or indirectly

14     in this action.

15                   In witness whereof, I have

16     hereunder set my hand and affixed my seal of

17     office on this 6th day of May, 2019.

18

19

20

21                   _____

22                   DAWN M. LAHTI, RPR/CRR

23                     Notary Public
                 In and for the State of Wisconsin
24
       My commission expires April 17, 2020
25

**0**

001588 8:15
07:30 9:20

**1**

10 38:13,16 54:5
10:12 54:7
10:38 75:19
10th 10:5
12 54:6
150 73:10
1573 65:10
1576 67:11
1578 72:10
1579 65:7
1588 8:21
15:30 12:8

**2**

20 40:19 45:1
2016 8:2 10:8 67:9
24th 8:1 9:19 17:7
 51:7 66:1,7,11
2:30 12:7

**3**

300 5:8
360 56:10
37 8:5,6,9 17:22
38 9:10,14 46:25
 47:2 48:13 54:11
 57:7,15,17
39 64:21,25 66:15
 67:6
3:30 12:9

**4**

43 24:23

**5**

5:20 9:4 51:6
5:30 9:4 51:7

**7**

7:30 9:21 12:5,7

**9**

92 66:18
9:57 54:7

**A**

A-A-R-O-N 4:17
a.m. 54:7,8 75:19
AA-RON 4:19
Aaron 4:2,17 18:6
 66:11
ability 57:22
accurate 68:20
acting 17:10 18:8
activate 28:9
activated 26:11
 50:5,8 51:1,24
additional 29:7
 39:19 41:15,17
 42:18,21
aerial 9:15 47:1,7
 48:2,11,24
agent 65:13,24
agree 22:7,9 48:4
 51:6
ahead 13:25 28:1
 32:20 40:5 44:5
 46:5 51:13 69:7
 72:24
aid 28:20
American 66:19
amount 38:13
and/or 59:25
answering 5:12,
 17 6:10

appears 8:10 47:3
 51:20
appropriately 7:9
approximately
 9:4 42:4 47:24
 52:20 73:1
approximation
 73:3,5,9
area 16:25 19:25
 29:18 31:3,18 55:9
 57:16,18
arise 11:25
armor 31:15 33:11
 46:18 62:19,25
 63:3
arrest 26:3 31:6
arrested 13:12
 25:7 26:1 31:10
 39:2
arrive 70:14,15
arrived 34:14
arrow 49:11
aspect 12:25
assess 54:17,23
assist 31:16 41:16
 42:21
assistance 12:4
 28:20 67:20,23
assisted 14:15
 15:10 21:16
assists 5:4
assume 5:19 6:19
 7:11 21:7 43:14
assuming 15:14
 17:23 18:11 19:8
 21:6 23:1 24:5
 35:17 39:15 46:10
 67:6 73:16
assumptions
 73:18
attempt 19:16
attempted 52:14
 64:12
attempting 58:11
attorney 6:1 66:6
average 18:4

aware 43:14 61:12
 65:22

**B**

back 6:6 9:16
 14:16 15:13,14,15,
 25 16:6 17:8 19:19
 20:20 21:17 26:12,
 17,20,25 27:1
 29:4,11,13,15,16,
 17 33:9 34:12,16,
 19,20 35:16 36:5,8
 37:14 38:15,21
 39:11,15,23 40:21
 42:5 43:9 45:2
 54:10 57:12 58:14,
 16,17,19,21 59:2,
 13,14,15 60:24
 61:7,8,13,17,21
 62:9,18 71:24
 73:12,17
backed 26:4,7
background 7:19
backup 27:15,17
 29:3 64:18
backwards 50:4
bad 30:11
badge 17:23 26:12
 27:15,17 28:4
bank 27:4
based 57:6
basically 38:4
 52:5 56:10
Bates 8:17 65:6
before 4:13 20:8
 34:3,5,9 38:21
 39:3 40:6 42:8
 62:1,2 65:3
begin 49:16 50:21
beginning 11:2
believes 24:18
belt 22:23,24 23:2,
 11,12,22
bet 4:21 31:23
 51:15
big 10:11 68:24
bit 27:11
blinker 26:18

block 48:14
blocked 48:22
blue 47:22 52:3
 66:22
bodies 33:25
 42:21 68:7
body 31:15 46:18
 62:19,25 63:3 68:4
booking 13:2 61:8
bottom 8:9,14
 57:16 65:5
bought 26:17
 66:19
bounce 11:21
brain 10:9 14:2
 45:10 58:13
brandished 28:3
break 54:4,5
briefing 70:11,19
broad 46:9 69:6
brought 15:13
brown 48:5
buddy 66:19
building 48:17,19
 49:7 56:2,11
 57:12,23
buildings 9:25
built 10:8
bunch 8:19
bunched 49:1
Burger 13:17 25:7
 26:2,14,20,23
 31:22 32:15,18,23
 33:8 34:11 35:18
 36:14 37:3 38:2
 39:16,17,20 40:7,
 11,16 41:4,5,12
 46:13 61:5 67:17
 69:24 70:15
business 30:14
bust 12:12 13:15
 38:23 39:24

**C**

CADE 4:6 8:8 9:12

11:17 14:3 17:17
19:4 22:11 25:6,
10,15 28:7 32:17,
22 37:22 38:3,20
40:8 44:4,14
45:16,20 46:6,11,
12 48:18,20 50:10,
13,16,19 51:17
53:7,9 54:1,5,9
62:2,5,16 64:23
66:4,5 69:11 71:6,
8 72:5,8 75:15

**Cadillac** 59:4,5
66:18 68:15

**calculated** 18:15

**call** 4:8,10 8:17
11:4 13:12 16:8
19:18 21:20 42:17,
24 54:3 65:8

**called** 4:2 31:20
68:5

**calls** 16:11 43:6

**campus** 10:1,12

**car** 14:12,24 15:7,
9,16,17,19,21,23,
24 20:22 21:10,14,
22 22:21 23:9 25:4
26:6,13,18 27:10,
14,22 28:9,11,22
29:12,19,20 30:22
33:12,17,19 34:4,
5,9,10,13,19,20
35:8,11,16,24
36:6,8 37:14 38:2
39:15,23 40:13,20,
24 41:19 42:5
47:11 49:6,16,17,
20 50:20,23 51:19
58:14,16,17,19,20,
22,25 59:10,17
61:2,13,21 62:9
63:22,24,25 70:21
73:12 75:11

**caravan** 71:19

**carry** 22:22

**cars** 21:23 31:12
39:1 40:14,15
41:23 42:13 47:4
50:6 51:5 56:5
57:1,2

**case** 6:1 27:20

**casings** 63:18
64:3

**cat** 43:11

**cetera** 28:11 39:7
43:20 47:5 54:18

**change** 6:4 12:21

**changing** 16:2

**chase** 55:21

**chatter** 45:4,11

**checked** 33:16

**chief** 14:6,7 20:2,
11,23 21:5 29:1,
15,24 31:1 41:20
42:23 44:9

**CI** 29:11,25

**CI's** 14:12

**circle** 47:17 52:22
53:3

**citation** 25:14

**civilian** 14:24
17:21 67:2

**civilians** 14:22,23

**clarified** 65:13
72:14

**clarify** 41:10

**classic** 66:18

**clear** 7:2 22:16
24:24 73:2

**clock** 5:7 18:13

**close** 74:17

**clothes** 17:21
67:2

**coat** 33:6

**cocaine** 30:1,5
37:13 38:10

**cold** 33:5

**color** 8:10 47:13

**comfortable**
31:25 32:2

**command** 28:19

**commands** 27:21
72:16

**communicate**
23:24

**communication**
28:12,15 40:20
41:12

**communications**
39:18

**complies** 47:16,
18,21 49:10 52:7
53:4

**compound** 69:5

**concealing** 18:21

**concept** 17:18

**concern** 38:24
42:9

**concerned** 30:14

**concerns** 62:8,24
63:1

**concluded** 75:19

**concrete** 47:3

**conduct** 16:20,21,
23 17:1 19:13
26:22 36:15

**conducted** 65:14,
17,20

**conducting** 27:6

**cones** 64:5

**conference** 50:15

**confidential** 13:8
32:10 63:2 64:17

**confirmed** 72:16

**confused** 11:3

**contact** 27:7
41:14,15 42:19
59:17,21 62:4 71:4

**contacted** 12:3
14:19

**contemporaneou
sly** 42:5

**continued** 21:18
40:23 45:22 46:23

**continuing** 45:24

**control** 8:18

**conversation**
22:1 33:16

**conversations**
34:11,21 38:9 63:6

**convey** 9:17
39:11 68:8

**conveyed** 33:20

**conveying** 30:18

**cooks** 56:4

**copy** 64:25

**correct** 8:11,12
9:22 12:13,22
16:16 17:12 18:9,
10,17 19:6,7,10,
11,17 20:22 22:25
23:5,16 24:9,13
28:21 32:5,8,19
33:5 34:1,23,24
35:3,4,6,9,13,19,
20 36:18 37:15
38:17 39:21 40:9,
10 41:18,25 42:1,
6,7,10,11,14 43:13
44:4,24 45:2,16
46:2,20 48:1,7,12
49:13,24,25 50:8,
22 51:8,11 52:11
53:7,22,23 54:15
56:11,12,15,18
57:8,11,24 58:4,8
59:1,20 60:8 62:7,
22,23 63:19 64:3,7
67:9,16 70:3,23
71:1,21,22,24,25
72:5 73:13,14
74:2,3 75:1,2,4,5,
9,14

**correctly** 15:10

**counsel** 46:9 66:9

**counted** 31:16

**county** 29:8 41:16
42:2,18,24 43:5

**couple** 5:10 47:4
56:5 74:11,12

**coupled** 5:18

**court** 5:4 68:8

**cover** 43:5

**covering** 23:14

**criminal** 65:1,14,
16

**cross** 28:10

**crossed** 26:15

---

**D**

**D-O-U-B-E-K**
10:16

**dark** 51:9

**Dawn** 5:4 6:16
10:20

**day** 9:2 11:20,21
12:2 14:18 20:18
21:3 43:18,21
44:7,16 51:10,15

**days** 44:17,18,19

**DCI** 43:18 53:11
65:1 66:12

**deal** 12:12

**dealer** 24:19 26:1,
8 32:11

**dealing** 7:25 8:24
25:25 44:15,18

**decide** 26:11

**decided** 36:21
69:15

**decision** 31:5
35:21 40:6 46:14
63:17 64:1,2

**definition** 19:3

**delivered** 15:24

**demonstrated**
57:14

**department**
12:11,15,17,20,24
14:13,16 16:1
18:15 20:6,13,24
21:17 23:3 39:6,12
56:19 65:1,15,18,
19 66:24 67:13

**depending** 43:25

**depicts** 48:4

**deposed** 4:13

**deposition** 4:25
7:11 11:6 66:7

**depositions** 7:18
10:19

**deputies** 41:19
42:3

**deputy** 14:7 20:2,
11,23,24 21:4,5
29:1,8,15,16,17,24
30:25 31:1 41:20
42:23 69:19

**describe** 13:7
69:9,10

BROWN & JONES REPORTING, INC.
414-224-9533

**description** 15:1 70:19

**details** 27:14 63:12

**difference** 17:20

**direct** 62:4

**direction** 55:2

**directional** 49:9 55:6

**directionally** 49:12

**directly** 30:18,21

**disagree** 22:8

**discover** 39:8

**discuss** 59:24

**discussed** 38:25

**discussing** 20:25 32:9 71:12

**discussion** 32:23 36:9 70:16 71:10

**discussions** 19:22 35:18,22 36:16 37:6 38:22 42:16

**dispense** 7:17

**dispersed** 51:22

**display** 26:12 27:17,18,19

**displayed** 27:15

**displaying** 17:15 18:2

**distance** 46:17 70:21 73:6,8

**distinction** 74:14

**district** 9:25

**document** 65:2

**domestic** 13:4

**door** 24:3,10 54:3

**Doubek** 10:9,13, 14,15 11:7

**draw** 47:17 49:8 52:4 54:11

**drawn** 49:11 53:6, 18,21

**dressed** 36:2

**drink** 26:17

**drive** 25:18 26:24 44:25 57:22

**drive-through** 26:14

**driver** 28:23

**driveway** 27:2 47:3 57:9

**driveways** 57:10, 20

**driving** 59:6 61:14 62:20 66:17 71:12

**dropping** 31:14

**drove** 15:15,16,17, 18 27:1,9 56:19 58:1 68:16 71:21

**drug** 12:12 13:5,13 19:14 24:19

**drugs** 19:16

**duly** 4:3

**dumb** 25:18

**dusk** 51:10

**duty** 31:19 38:22 43:2,3,18,19,21 60:25 73:19

**E**

**early** 48:8

**easier** 10:20

**East** 10:11 13:14 14:13 30:1 31:18 39:12 41:14 42:20, 22 59:18 67:13

**eat** 30:13

**eaten** 30:8

**effort** 28:4

**elementary** 10:6, 14 11:7,19

**emergency** 16:23 43:6,13 50:4,7 51:2,24 52:2

**emergency-activated** 75:4

**employee** 60:4

**employment** 7:20

**end** 10:23 51:10, 15

**ended** 18:14

**enforcement** 19:25

**English** 22:12

**enter** 56:24 57:22 63:5

**entered** 56:22 57:3,5,11,25

**enters** 15:1

**entire** 33:7

**entrance** 24:23 56:23,25 57:22,23 58:1,2 73:8

**ES** 40:16,17 52:17 55:13 75:13

**escape** 55:19

**essence** 56:10

**essentially** 17:10 33:25 47:2 55:5 57:20 64:20

**estimate** 59:8

**eventually** 26:4 29:17 31:7,8 39:8 40:14 58:13 64:16

**evidence** 64:2,17

**exact** 8:25 41:9

**EXAMINATION** 4:5

**examined** 4:4

**excuse** 14:6

**exhibit** 8:5,6 9:10, 14 17:22 46:25 48:13 54:11 57:7, 15,17 64:21,25 66:15 67:6

**experience** 61:20

**explain** 14:4 16:17 67:25

**extend** 48:25

**extra** 28:5

**extremely** 69:17

**eyes** 28:5 33:23 36:22 39:25

**F**

**face** 17:24 68:9

**fact** 39:1 62:18

**fair** 6:10 7:9,15,16 8:2 17:9 18:16,19 19:16 24:8 36:6 38:13 39:7 40:2 42:13 46:19 47:25 54:18 59:7,8 70:20,21

**fall** 48:9

**familiar** 21:14 30:6

**February** 8:1 17:7 33:4 51:7,10 66:1, 7,11 67:8

**feel** 21:13

**feet** 73:10

**felt** 31:25 32:2

**female** 60:10,11

**figure** 7:7,8 41:22 54:24 60:16

**figuring** 75:10

**file** 7:20

**files** 11:1

**fill** 21:22

**filled** 24:6

**filling** 15:7,8 17:25

**Finally** 7:11

**find** 52:19 60:19 61:1 63:8

**fine** 4:9 30:16 36:19 72:9

**finish** 5:15,17 6:8, 9

**finished** 11:13 12:19 25:13

**finishing** 12:18 14:5,18 16:1 20:20 60:25

**fire** 47:23 56:19 57:19,25 58:1 59:11 73:20

**fired** 50:1,3,24 51:25 52:10,12,14,

21 53:1 54:12,13, 16 55:1,11,15,19, 25 58:7,9 73:24

**firehouse** 40:22, 24 45:23,24 46:1, 15,17,21 47:5 57:9,10,12

**firing** 74:8

**flashing** 51:2,21

**fluid** 17:5

**focus** 7:24

**focusing** 63:13

**follow** 45:21 60:16

**follow-up** 66:13 67:7

**foot** 29:5 58:22

**forgot** 10:17 11:5

**form** 13:23 17:13 18:24 27:24 37:19 40:3 46:3,10 51:12 62:11 66:2 69:4 72:3

**forward** 25:22 32:1 38:23

**found** 64:17

**foundation** 17:14 27:25

**frame** 16:9 38:5 51:4 70:10

**free** 15:3,4

**friend** 68:9,10,13

**front** 55:4,8 71:20

**fun** 69:1,3,9

**G**

**gas** 13:3 14:14,24, 25 15:3,4,6 17:3 18:1,5,12,22 21:22 22:18 23:1 24:1,6, 7,8 26:16 37:4,5

**gasoline** 17:25

**gave** 7:13 68:18 69:12

**gear** 63:4

**general** 16:24

Case 2:18-cv-01842-LA Filed 08/28/20 Page 80 of 85 Document 102-9

**give** 28:5 36:22 39:25 41:5 55:20 73:3,5,8

**giving** 67:7 68:22

**gleaned** 13:9

**glow** 51:2

**good** 4:7 5:5 21:12 22:14 30:10

**Google** 9:14

**grab** 21:21

**Grand** 45:9

**grass** 48:5

**great** 48:3

**green** 48:6

**ground** 41:2 48:23

**group** 22:4 30:19, 22,23,24 33:7 35:17,23 36:25 41:13

**guess** 5:19 10:3, 22 12:20 14:2 17:21 19:2 20:14 64:19 72:6

**guy** 29:14 38:10

**guy's** 61:2

**guys** 16:6 29:12 33:3 42:20 59:24 64:5 68:6

**H**

**H-A-C-K-E-T-T** 4:18

**Hackett** 4:2,7,8, 18,22 8:23 21:20 37:1,2 47:20 54:10 66:11 67:12,18 69:19,23 70:1,5 72:11,14

**Hackett's** 65:18 67:20

**hallway** 13:2 21:8

**hand** 53:24

**handgun** 74:1

**hands** 28:6 33:24 36:22

**hang** 36:21

**happen** 13:16 20:25 36:1 62:21

**happened** 12:23 26:10 29:6,22 36:14 40:12 55:18 60:1 63:10 64:9 66:11

**happenstance** 25:18

**happy** 15:20

**hard** 22:22 53:19

**head** 6:13,17,20, 22,25 15:19 41:5 45:25 46:13 61:7

**heading** 37:14 61:6 62:9 63:2 75:13

**health** 30:14

**hear** 5:20 33:1 35:22 50:1 54:15 55:15 58:7,9 74:25 75:6

**heard** 52:9,12,13, 16,20,25 53:15 54:11 55:1,11,18 64:15,16 70:25 72:15,16 73:5,15 74:8,23,24

**hearing** 31:17 50:3,24 51:25 54:13 55:15 72:19

**hell** 45:12

**hey** 11:4 18:2 20:21 38:9 39:24 41:10 60:12 61:2

**hidden** 23:20

**high** 4:20 10:4 11:8,20,23 58:13 59:6

**Highway** 40:19

**home** 33:15,20 36:21 67:19 68:7, 16,19,23 69:13

**honking** 75:7

**hoping** 10:18

**hopped** 68:15

**horns** 75:7

**I**

**idea** 21:9,12

**identification** 8:7 9:11 64:22

**identified** 26:13 63:20

**identity** 18:21

**imagine** 54:14

**immediately** 49:16 50:20 54:16 63:21 70:17

**implemented** 71:7

**important** 5:15,24 6:12

**Incidentally** 50:14

**included** 22:2

**indicating** 57:18

**indications** 52:2

**individual** 25:7, 13,17,23,25 26:9 28:24 29:19,20,25 60:7,9,19 61:9 63:8

**individuals** 26:16 27:8,22 28:22 29:10 31:9 32:13 36:9 37:13 39:2

**infantryman** 73:25

**informant** 12:12 13:8,9 19:15 32:11 41:25 60:21,23 61:4,12,20 62:8 63:2,7 64:18

**informant's** 15:11,16,21,24 20:8,9

**informants** 61:17, 25

**information** 13:8 20:4 24:15,16 30:2,17,18 32:10, 12 33:1 39:19

**informed** 13:3

**initial** 53:16 58:24

**initially** 15:11 56:20 60:25

**initiate** 28:10

**initiative** 28:18

**inside** 17:24 23:20

**instance** 44:6

**instructions** 24:14

**intent** 33:20

**interject** 5:11

**internal** 19:9 65:17,20

**interrupt** 72:25

**interstate** 25:12 60:6,7,13,15

**interview** 64:25 65:23 66:12

**interviewed** 65:25 66:10

**intonation** 69:2

**investigation** 13:6,11 65:1,14, 16,17,20

**involved** 24:25 25:16,21 27:14 37:13

**involvement** 26:2

**Iraq** 73:25

**issue** 30:15 41:11 68:13,16 74:5,7

**issued** 23:4

**issues** 11:25

**iterated** 74:25

**J**

**jacket** 17:24 23:14,20 27:18

**jeans** 39:7

**join** 40:21

**joined** 31:3

**jokes** 4:19

**Joy** 65:13,24

**jumbled** 5:12

**initially** (col5)
**jump** 5:11 54:3

**Justice-division** 65:15

**K**

**kicked** 58:21

**kids** 4:20

**kind** 14:8,17 17:5 19:3 22:21 24:10, 11 27:22 30:21 33:15 38:18 43:11 49:3 53:19 54:12 58:21 62:18 63:13 68:11

**King** 13:17 25:7 26:2,14,21,23 31:22 32:15,18,23 33:8 34:11 35:19 36:14 37:3 38:2 39:16,17,20 40:7, 11,16 41:4,5,12 46:13 61:5 67:18 69:24 70:15

**knew** 30:3,4 37:11 55:4 61:9 63:14 64:15 69:8

**knowing** 18:5

**knowledge** 18:7 34:6

**Knox** 31:17 32:3 33:13 34:14,16 35:12,14,21 36:1 38:14,21 39:6,10 41:7 42:8 43:3,15, 22 45:22 56:21 59:19,24 63:6,20, 23 64:4 68:5 69:25 70:1,5,10,14,15, 16,19 71:9,10,11, 17

**Knox's** 63:25

**L**

**Lack** 17:13 27:24

**language** 22:12 68:4

**lanyard** 17:23

**Lastly** 65:12

**late** 48:9

Case 2:18-cv-01841-PP   Filed 08/09/19   Page 80 of 85   Document 102-9

**Lauer** 4:22 6:1
11:12,16 13:22
17:13 18:24 22:7
25:2,9 27:24
32:15,20 37:19,25
38:16 40:3 44:2,5
45:14 46:3,8 48:16
50:9,11,14,18
51:12 53:5,8 54:4
62:1,11 66:2,8
69:4 71:2 72:3
75:18

**law** 19:25

**lawsuit** 7:25

**lawyers** 7:7 8:19

**leading** 69:25

**learned** 13:11
39:5 43:16 45:6

**leave** 15:12 21:5
39:16 40:11,15
59:10

**leaves** 25:24
48:10

**leaving** 16:7
39:17,20 40:6
46:13 52:16,17
56:1 58:12

**left** 15:14 16:4
20:12,16 41:4,5
43:4 55:4,12,13
56:16,17 58:22
59:12 69:24 75:12

**legal** 66:9

**Legion** 66:20

**letting** 14:25

**liaison** 62:3

**light** 51:2,22 66:22

**lights** 16:23 19:9,
10 26:10,22 28:9
50:4,7 51:1,4,24
52:2 59:7 75:4

**lines** 5:19

**listening** 6:24

**living** 4:11

**locate** 16:22 36:15

**location** 10:3
52:18

**locations** 10:2
64:6

**long** 5:9 16:8 24:7
37:16 38:8 68:2

**looped** 71:24

**loops** 45:1

**lose** 57:5

**lost** 20:14

**lot** 4:19,21 7:17
11:1,24 14:12 15:2
17:2 21:15 25:8
26:20 27:10 37:1
38:2 46:24 48:17,
19 49:15 56:2,10,
17 63:12 72:2
75:12

**loud** 55:16

**lush** 48:6

—

**M**

**made** 31:5 42:23
45:21 46:14 58:14
59:17,21 63:17
64:1,2

**Main** 26:15,19
27:9

**make** 7:1 10:19
11:12 22:15 27:13
33:24 34:6 35:7
40:1 52:23 71:9
73:17 75:12

**makes** 45:1,17

**making** 35:10
55:13

**male** 60:10

**manner** 37:8

**manpower** 32:6
38:24 41:11,15
42:9,16

**manpower-wise**
31:25 32:3

**map** 9:14

**Marcus** 24:19
25:4,6 26:1,8,10
28:23

**marijuana** 25:20

**marked** 8:4,6
9:10,13 40:22
46:23 58:3 64:21,
24 65:7

**Marquis** 45:9

**match** 15:1

**matter** 5:22 45:25
46:8,15 49:1

**Mcdonald's** 27:4
38:12 61:3

**meaning** 7:12
18:13 67:8

**means** 16:22 23:3
69:17

**meant** 6:18

**mechanism** 8:18

**meeting** 4:23
19:21 20:6 22:1,2
31:22 32:9,18
33:3,4,7 35:18
37:16 41:13 66:6,8

**memory** 21:4

**mention** 10:17

**mentioned** 13:10

**met** 13:2

**mid-sentence** 6:4

**middle** 10:4 11:8
69:22 72:11

**mile** 10:5

**mind** 4:7 14:21,23
31:21 63:5

**mine** 68:4

**minute** 5:8 37:24

**minutes** 38:16
50:17 54:2,6 70:18

**misgivings** 62:15

**model** 34:7 40:1

**moment** 9:16
25:22 46:25 49:18

**moot** 7:22

**morning** 4:7 9:21

**move** 21:10 58:17
59:11 61:2

**moved** 32:1

**movement** 53:12

**moving** 14:12

**Marquis** 45:9

**N**

**nearby** 20:3 21:6
37:2 39:25

**needed** 21:2 29:9
67:21,24 69:8

**nervous** 6:21

**nice** 6:24

**nod** 6:22

**nodding** 6:13

**nods** 6:25 55:7

**noises** 55:16

**non-emergency**
43:6,9

**nonparticipant**
37:10

**normal** 12:7

**north** 17:24 40:16,
17,25 41:1 49:9,12
55:5,10

**northern** 56:23,24
58:2 73:7

**northwest** 55:10

**notice** 36:1

**notion** 68:14

**number** 8:14,17
73:4

**numbers** 65:6

**O**

**oath** 4:3

**object** 6:2 13:22
17:13 18:24 25:2
27:24 37:19 40:3
46:3,9 51:12 62:11
66:2 69:4 71:2
72:3

**observe** 24:12
26:7,9 46:22 50:25
51:4

**observed** 26:21

**observing** 24:1

**occasionally**
11:3

**occurred** 8:1 63:9

**occurring** 30:20

**occurs** 4:25

**off-duty** 23:6,17

**office** 66:9

**officer** 4:7,8,12,22
13:1 14:5,11,19
17:16 18:2,6,8,21
20:23 26:4,21
27:6,16 28:5,16
29:7,11,23 31:2,
17,20 33:2,13
40:18 41:20 43:2,
3,21 49:8 53:12
54:10 63:25 65:11
66:10 67:14 68:2
73:23

**officers** 19:24
27:12 30:13 43:10
46:15 66:25

**open** 24:3,10

**operation** 61:18,
22 68:25

**operations** 67:1

**opportunity** 7:21
17:8 61:24

**opposed** 39:13

**order** 35:1 41:9
72:4

**original** 6:7

**Ortiz** 14:8 20:2,11,
24 21:4,25 25:13,
25 26:5 28:13,14,
25 29:17 31:2,13
32:4 34:2 35:14
36:4 38:7 41:8
42:12 45:22 56:21
64:13 69:19,25
71:18,20 72:1

**outskirts** 33:22

**Outstanding** 6:12

**overheard** 22:3

**overlap** 44:12

**overly** 46:9 69:6

**overtime** 18:14

Case 2:18-cv-01841-NJ Filed 08/19/19 Page 83 of 85 Document 102-9

**P**

**P-R-I-E-V-E** 65:25

**pages** 65:9

**paint** 63:22,23 64:3

**painting** 63:18

**pants** 23:13

**paper** 8:20

**paperwork** 14:17 16:1

**paragraph** 65:11 67:12 69:18,22 71:15 72:11

**park** 47:8 49:19

**parked** 26:16 40:24 45:7 47:7, 15,24 56:4,20 57:6,13,18 58:2

**parking** 14:12 15:2 17:2 21:14 25:8 26:20 27:10 37:1 38:2 46:24 48:17,19 49:15 56:2,10,17 72:2 75:12

**part** 20:1 22:3 35:23 41:13 44:11 54:19 66:15

**participant** 37:10, 17

**participate** 13:15, 20,24 35:21 39:13 70:15,16

**participating** 37:8 38:9 66:25

**participation** 13:24

**passenger** 28:23

**past** 52:17

**path** 52:5

**pause** 74:11,19

**pay** 15:6

**pen** 52:3

**people** 6:21 30:19 35:17 39:16 49:3

**periods** 20:15

**periphery** 62:6

**person** 5:3 13:11 16:24 18:4 19:21 23:10 31:14 60:17

**personal** 15:9 19:6,8 29:4 33:17, 18 62:25

**personnel** 19:25

**phone** 11:4 14:20 16:8,12 19:18,21, 23 21:20 42:24

**photograph** 8:10, 13,23,24 9:15 47:1,7 48:3,4,11, 24 57:16

**physical** 16:25 23:12 52:13

**physically** 34:14 36:2 51:19 56:1 62:20

**pick** 47:13

**pinpoint** 51:3

**pinpointing** 50:11

**pizza's** 30:11

**place** 21:8 29:9 63:15 71:13

**plain** 67:1

**plan** 14:9 16:17,19 19:13,20,22 20:1 36:12 37:20,23 39:13,19 61:2 70:20 71:6

**planning** 22:4

**plates** 66:22

**play** 8:20

**pocket** 22:22

**point** 5:7 12:6,10, 18 13:10 14:10 16:11 18:8,11,23 24:6,17,24 27:5 28:24 30:3 31:24, 25 33:3,9 34:2,16 35:7 38:14,18 40:12 42:15 45:1,6 49:14,23 50:24 55:24 59:16,22 61:5 63:17 64:5 72:12 73:3,4,7,11,

12,15

**pointed** 60:14

**poke-the-bear** 69:14

**poking** 61:7

**police** 12:10,11, 15,17,20,24 14:13, 16 15:17,25 17:16 18:2,6,8,21 19:5 20:6,12,24 21:17 22:24 39:12 41:23 43:10 55:20 56:7, 14 59:7 60:24 67:1,13 73:23

**policing** 21:2

**policy** 41:16

**polo** 39:7

**pop** 45:10 72:17 73:15,16 74:10

**position** 53:21 55:23 58:6

**positions** 21:6

**potential** 40:2

**potentially** 23:25

**powerful** 22:12

**Prairie** 11:10

**prefatory** 6:3

**present** 13:18,19

**presume** 55:20

**pretend** 24:5

**pretty** 38:11 44:16

**previous** 25:11

**Price** 13:1 14:5,11, 15,19 15:11,12 16:4,7,8,11 19:12, 18,20 20:21,23 21:9,25 23:24 24:18 25:5,23 26:4,9,21 27:6,16, 21 28:5,9,12,15, 16,20 29:3,7,11,23 30:17 31:2,4,20 32:3 33:14 34:21 35:2 36:10,20 37:17 38:6 40:18 41:7,20 42:12,23 44:25 45:4,12,21 56:22 61:1,8 67:19,22 68:2,6,24

**Price's** 61:13 68:17

**Prieve** 65:24

**primarily** 11:23

**primary** 10:6,10 11:9 12:14,16

**prior** 17:7 34:20 36:8 39:16,20 46:13 50:3 51:24 55:15 61:5 74:25 75:8

**privacy** 49:3

**privy** 19:24

**proceedings** 4:1 75:19

**process** 54:19

**processing** 31:13

**produce** 28:4

**properties** 27:3

**property** 48:22

**protective** 63:4

**proverbial** 18:13 43:11

**provided** 27:15 32:12

**providing** 29:3

**pull** 27:18 46:21 71:18

**pulled** 25:4 40:21 49:15

**pulling** 34:18

**pulls** 24:18 25:23

**pump** 15:5 24:5

**pumped** 15:7

**pumping** 14:25 18:5 22:18 23:1 37:4

**purposely** 18:20

**pursuit** 58:25

**put** 21:21 24:7,8 26:18,22 29:9,12, 14,19,20 33:23 47:14,22 49:19 52:8,22 56:20

69:24,25 70:2,7,20 71:11,17,23

**putting** 14:21

**Q**

**question** 5:13,16, 19,23,25 6:3,4,7,9, 19 7:3,8,12,13,14 9:2 11:13 13:23,25 18:25 20:15 25:3 40:4 46:4,7 50:9 62:12 66:3 69:5 74:14

**question's** 48:16

**questions** 60:1 75:15

**quickly** 11:25

**R**

**radio** 21:22 22:17, 19 23:19 24:2,4,11 26:8 28:12 31:18, 21 39:17 40:19 42:9,17 45:4,14, 16,19 52:15 58:12 68:6 70:22,25 71:1,4

**radioed** 33:14

**ran** 59:14,15 60:5, 10,14

**range** 73:17,21

**rapid** 74:9

**rate** 58:13 59:6

**read** 67:6,8,10 68:3,4 70:3

**realization** 59:10

**realize** 59:21

**realized** 27:11 58:19

**reason** 5:24 7:24 12:14,16 33:19

**reasonable** 54:25

**recall** 14:17 28:14 29:23 31:17 35:24 38:6 41:8 50:6 52:1 55:17 58:11 62:14 64:14 67:4 68:6 70:13,24 71:16 72:19 74:20

**58:11**

**putting** 14:21

Case 2:18-cv-01842-JPS Filed 07/16/19 Page 82 of 85 Document 102-9

**received** 28:19 70:1,6,11

**receiving** 16:8

**recess** 54:7

**recognized** 61:11

**recollection** 57:2 70:17 75:3

**record** 4:15 7:2 22:16 54:2,10 57:14

**red** 47:5,10 49:11

**reflections** 52:1

**regular** 56:6

**reiterate** 70:10

**reiterated** 70:5

**relayed** 24:14

**remain** 29:3

**remember** 14:10 15:18 16:10 29:17 35:15 36:13 38:19 55:14 60:3,4 63:12,13 72:1,7

**Remembered** 71:17

**rephrase** 7:6 46:11 50:10,13 66:4

**report** 43:18 53:11 67:7

**reported** 43:19

**reporter** 5:4,6 11:4 68:9

**reporters** 5:9

**representation** 18:19 68:21

**request** 28:19

**requested** 29:7

**requiring** 67:4

**responding** 73:21

**response** 7:13

**restaurant** 9:15

**resulted** 13:5

**review** 7:21

**rifle** 74:2

**road** 44:9,20,21 59:6

**Rob** 50:13

**Roma's** 9:14 30:4, 6,20 31:5 32:11,14 34:8 36:11 37:5,9, 12 38:10,23 40:23 41:6 44:25 46:23 48:15,17 49:5,21 50:21,24 52:6,9,17 55:9,12 56:1,2,17, 22 57:21 58:12,15, 17,23 59:13,14 61:6,14 62:10,20 68:25 70:8 71:21 72:2 73:8

**room** 8:19 13:2 61:8

**rotate** 9:24 11:25 12:1

**rotation** 11:19

**rotations** 44:1

**roughly** 24:22 51:7 53:15

**rude** 6:15

**rule** 5:2

**rules** 5:1 66:25

**run** 60:7,12 64:12 73:11

---

**S**

**SA** 65:12

**safe** 46:17 63:16

**safety** 62:25

**sarcastic** 68:14

**sarcastically** 69:2

**sat** 27:11 40:13

**save** 11:1

**scale** 53:6

**scene** 25:24 63:14,16 71:12 72:12

**Schmidt** 43:17 59:22,25 63:7 64:8

**school** 4:20 9:20, 23 10:4,6,8,10

**11:8,9,20,21,22,23 20:19

**schools** 9:24 11:18 12:1,6,19 44:16,18 61:1

**screaming** 60:5

**search** 11:1

**seat** 22:20 24:11 61:13,21 62:9

**second-to-last** 72:10

**secondary** 66:13, 14 69:17

**secure** 63:16 64:1

**secured** 64:17

**securing** 63:14

**sell** 19:16

**sense** 52:23 68:23,25

**sentence** 65:12 67:17 71:17 72:14

**separate** 65:16

**Sergeant** 43:15, 17

**service** 74:4

**set** 28:5

**shadows** 51:21

**shakes** 6:17

**shaking** 6:20

**shared** 30:2 34:6

**shares** 27:3

**sharp** 53:20

**Sharpie** 47:22 53:19,20,24

**Sharpies** 47:12,15

**she'll** 5:7 10:24

**shell** 13:3,16 14:14,24 15:12,24 16:15 17:3,10 18:22 20:9,10,22 21:11 24:1 26:15 27:2,3 61:3 63:18 64:3

**shield** 23:20

**shift** 9:18 12:7,18

**14:5 15:19 18:14 44:7,9,10,11,15,23

**shirt** 39:7

**shooting** 8:1 9:2,3 49:24 53:16 63:15 64:15 65:21 70:18 73:15 74:24 75:1, 8,10

**short** 18:5 69:23

**shots** 50:1,3,24 51:25 52:9,12,13, 14,21 53:1,16 54:12,13,16,23 55:1,11,15,19,25 58:7,9 72:15,19,20 73:1,5 74:11,12

**show** 8:4 9:13 34:2,14 64:24

**showed** 29:9 31:3 34:3,17

**showing** 49:11

**shows** 28:24 29:2 35:12 42:3 71:9

**side** 27:2 47:19 54:22 57:12 68:17

**sidearm** 23:4,7

**sight** 57:5

**similar** 57:21

**simple** 14:1

**single** 8:9

**sir** 4:9,10 6:11 8:9 9:7 47:17 65:3 66:17 67:15

**sirens** 74:25

**sister-in-law** 6:23

**sit** 24:3,10 33:11, 17,18 35:8

**situation** 54:24

**skip** 25:22

**slightly** 27:19

**slowed** 38:18

**smelled** 25:19

**Smith** 43:15

**snow** 41:1

**sort** 5:8 17:2 19:13 63:4 67:1 68:12

**sound** 74:9,11

**sounded** 74:17

**sounds** 9:5 54:25 55:14 75:6

**south** 47:2 52:17 75:13

**southern** 57:25

**southwest** 47:2

**space** 57:15

**spared** 42:19

**SPARKS** 75:16

**speak** 63:8

**speaking** 19:12

**special** 65:13,24 66:21

**specific** 11:19 65:8 67:4

**specifically** 17:4 32:24 67:22

**specifics** 36:13, 17 37:23

**speed** 58:13 59:6

**spell** 4:16 10:15, 24,25 11:5

**spellings** 10:18, 23

**spend** 11:23

**spooked** 21:15

**spot** 52:19

**spray** 63:18,22,23 64:2

**spring** 48:8

**sprinted** 73:13

**squad** 31:12 39:1 40:15 50:6 51:5 57:1,2 58:20 59:17 61:21 62:9

**squads** 46:23 69:24

**squealing** 52:16 55:12,16 64:16 75:6,11

**stacked** 43:7,8

**stand** 27:20

**standing** 21:8 40:13

**standpoint** 32:7

**start** 5:25 9:17 12:5,23 20:18 39:4 63:18

**started** 9:18 13:4 21:2 40:25 49:21 51:14

**starting** 35:10 48:18 51:9

**starts** 8:15 69:19

**state** 4:15

**stated** 62:17 67:13,18 69:23 70:1 72:11

**statement** 22:8,10

**station** 13:4 14:14,24 15:12,13 16:7,15 17:3 18:1, 12,22 24:1 26:16 47:23 57:20,25 58:1 59:11 60:24

**stay** 33:22 62:18

**stayed** 29:5

**steps** 16:18

**stick** 15:19 52:4 69:15

**sticker** 57:17

**stop** 6:3 16:20,21, 23 17:1,2 19:14 21:7 26:22 28:10 36:15 37:9,12 54:17

**stop's** 30:22

**stopped** 38:7 52:14

**stopwatch** 74:21

**straight** 26:19

**Street** 26:15,20 27:9

**streets** 16:25

**strobing** 51:21

**stuff** 7:17,22 27:23 46:19

**subject** 13:24 62:13

**subsequent** 53:11

**subsequently** 13:5,17 22:17 26:1 39:5 43:14

**succession** 74:10,18

**suggest** 51:23

**suggested** 39:10

**sunlight** 51:16

**supplier** 19:14

**suppliers** 13:13

**supplying** 24:16

**supposed** 13:16

**suspect** 41:24 42:3 64:12 73:21

**suspects** 39:11 40:2

**Swendrowski** 14:6,7 20:3,12,23 21:5,25 25:24 26:5 28:13,14,25 29:1,2 31:1,4 34:22 35:3 36:10 37:18 38:5

**Swendrowski's** 29:15,20

**sworn** 4:3

**T**

**T001570** 65:7

**takedown** 25:1 31:6 39:24 62:10

**talk** 5:3 24:3

**talked** 14:11 17:4 41:21 71:3

**talking** 14:8 29:23 32:16 37:20 44:2 45:15 71:4,6

**taller** 49:4

**tasks** 21:3

**taxes** 5:8

**temporarily** 29:10

**term** 18:18

**terms** 4:24 32:13 43:21 45:11

**testified** 4:4 43:17

**thing** 6:12 17:6 37:3 38:11 43:11 51:11 54:22 68:11

**things** 6:14 7:1 8:20 10:17,20,23 14:18 21:18 22:3 38:17 53:12,14 62:17 67:5

**THOMPSON** 75:17

**thought** 33:22 43:24 44:15 58:24 63:5 68:24

**throw** 19:9

**tick** 6:21

**time** 5:3 9:3,6,18 11:2,23 14:7 16:9 18:9,11 20:14,15 24:24 33:7 34:16 36:3,5 38:5,13 42:4,15 49:23 50:14 51:4,6 55:24 60:23 61:5 68:2 70:10 71:5 74:23

**times** 73:24

**tip** 53:25

**tires** 52:16 55:12 75:7,12

**today** 7:3

**today's** 7:11 66:7

**told** 15:5 19:20 36:20 60:2,9 63:11 65:5

**Tom** 8:15

**top** 67:12,14

**totally** 7:5

**tours** 73:25

**town** 31:17 39:12 41:14 42:19,22,25 43:4,20 44:2,4 59:18 67:13

**township** 44:13

**traffic** 16:20,21,23 17:1,2 19:13 21:7 26:22 30:22 36:15 37:8,12

**training** 43:1 54:16 73:20

**transcript** 4:1 5:11 10:22

**transmitted** 52:15

**transpired** 66:1

**tree** 43:11

**trees** 48:9,14,22, 25 49:3,4

**Troy** 10:11 13:14 14:13 30:1 31:18 39:12 41:14 42:20, 22 59:18 67:13

**trucks** 47:5

**true** 48:6

**trunks** 49:5

**tucked** 17:24

**tunnel** 58:20,24

**turn** 16:22 26:18 40:16,21 45:1,17, 22 66:16 67:11 71:15 72:9

**turned** 40:18 49:19

**Turning** 69:18

**turns** 24:22

**two-minute** 70:2, 6

**type** 32:24 46:19 51:10 63:3

**typical** 43:23,24 49:9

**typically** 43:7 44:8

**U**

**uh-huh** 6:13,17

**um-hum** 6:13 31:11 49:13

**unclear** 7:4

**uncovered** 43:4

**undercover** 17:11,19 18:18 23:6 37:7

**understand** 7:10 8:3 10:21 15:10 17:18 22:14 37:25 53:6 74:13

**understanding** 16:19

**understood** 7:14 9:1 22:15 25:3

**unholstered** 27:20 28:3

**uniform** 12:21 17:11 18:20 39:6,9 46:18 67:3

**uniformed** 17:19 27:12

**unit** 29:7

**units** 41:17 42:18

**V**

**vague** 13:23 46:8 48:16 50:9 66:3 69:5

**vantage** 27:5 49:14

**vehicle** 15:1,11 16:22 19:5,6,8 20:8,9 24:2,17 25:10,19 26:24 27:1,6 29:4 32:24 33:8,10 34:7,15, 16,18 36:15 39:13 43:15 45:7 47:8, 15,24 50:12 52:17 55:12,19,22 57:19 58:5,12 59:22 64:12

**vehicles** 32:6 40:22 50:25 55:20, 25 56:3,7,9,13,14 61:18

**verbal** 7:13 27:21 28:19 71:14

**versus** 17:19 67:2

**vicinity** 47:10

**view** 11:10 48:14

**viewpoint** 48:21

**village** 12:11 13:14 14:13 19:16 25:19 39:11 41:23 44:8 60:24 61:16 66:24

**visible** 47:8

**vision** 58:20,24

Case 2:18-cv-01841-JPS Filed 06/28/19 Page 84 of 85 Document 102-9

visual 69:2

visually 61:11

_____

**W**

_____

wait 6:8,9 16:24
43:9 49:17

waited 64:18

walk 9:18 12:24
15:14 26:11,24
35:11 40:11 54:13

walked 28:3 52:9
59:13

walking 34:19,20
40:25 41:1 42:4
49:17,21 50:12,21,
23 73:2

Walworth 41:15
42:2,17

wanted 11:12
36:20

wash 27:10 28:11

weapon 23:17
27:19 28:3 73:20,
24

wearing 9:6 14:23
22:23 23:2 31:15
33:11 39:8

Weber 29:8 30:25
31:5 34:22 35:3
36:10 37:17 38:5

Weber's 29:16,19

week 44:17,18

whichever 47:13

white 47:11 57:15

wife 68:12

window 22:19

winter 48:8

Wisconsin 65:15

witnesses 5:20

wondering 42:15

word 67:17

words 5:8

work 4:10,20
16:13 50:3 61:24

write 47:20

writing 25:14

wrong 7:5 46:6
54:15

_____

**Y**

_____

years 5:6