UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**ESTATE OF CHRISTOPHER J. DAVIS,** and
**DORETHA LOCK**, as the Special Administrator of
The Estate of Christopher J. Davis,

                                                              Plaintiffs,

v.                                                                        Case No.18-CV-01846

**JUAN ORITZ, WALWORTH COUNTY**, a municipal
corporation, **KURT PICKNELL**,
**TOWN OF EAST TROY**, a municipal corporation,
**VILLAGE OF EAST TROY**, a municipal corporation,
**JAMES R. SURGES, ALAN BOYES,**
**JEREMY SWENDROWSKI, MATTHEW WEBER,**
**PAUL SCHMIDT, CRAIG KNOX, JEFF PRICE,**
**AARON HACKETT, JOSE G. LARA,**
**ROBERTO JUAREZ NIEVES, JR.,**
**WISCONSIN MUNICIPAL MUTUAL INSURANCE COMPANY,**
**EMPLOYERS MUTUAL CASUALTY COMPANY**, and
**AMERICAN ALTERNATIVE INSURANCE CORPORATION**,

                                                                Defendants.

## DEFENDANTS TOWN OF EAST TROY, (retired) CHIEF OF POLICE JAMES SURGES, OFFICER CRAIG KNOX, SGT. PAUL SCHMIDT & AMERICAN ALTERNATIVE INSURANCE CORPORATION 'S BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

      NOW COMES Defendants, Town of East Troy, (retired) Chief of Police James Surges, Officer Craig Knox, Sargeant Paul Schmidt and American Alternative Insurance Corporation (hereinafter "Town defendants", "Town of East Troy Police Department" or "TETPD"), by and through their attorneys, Thompson Legal, LLC, and The MacMain Law Group, LLC, and hereby move the Court, the Honorable J.P. Stadtmueller presiding, for an order granting summary judgment in their favor pursuant to Rule 56 of the Federal Rules of Civil Procedure.

1

The grounds for this Motion are as set forth in the record, Defendants' Brief in Support of their Motion for Summary Judgment, Defendants' Proposed Findings of Fact in Support of their Motion for Summary Judgment, and the supporting affidavits filed herein.

Respectfully submitted this 15th day of August, 2019.

**THOMPSON LEGAL, LLC**

By: /s/ Danielle H. Thompson
Danielle H. Thompson
WI Bar No. 1077276
234 S Main St
Jefferson, WI 53549
*Attorney for Defendants*

**THE MACMAIN LAW GROUP, LLC**

By: /s/ David J. MacMain
David J. MacMain
Attorney I.D. No. 59320
433 W. Market Street, Suite 200
West Chester, PA 19382
*Attorney for Defendants*