IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

ESTATE OF CHRISTOPHER J. DAVIS and
DORETHA LOCK, as the Special Administrator of
the Estate of Christopher J. Davis,

        Plaintiffs,

v.                                                  Case No. 18-CV-01846

JUAN ORTIZ,

        Defendant.

---

## JUAN ORTIZ'S NOTICE OF APPEAL

---

NOTICE IS HEREBY GIVEN that the Defendant, Juan Ortiz, by his attorneys, CRIVELLO CARLSON, S.C., hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Order by the Honorable J. P. Stadtmueller entered on November 25, 2019, (ECF No. 129), denying qualified immunity and summary judgment in favor of Juan Ortiz. Specifically, Juan Ortiz appeals the portion of the Court's Order denying qualified immunity on Plaintiffs' excessive-force claim based on the inapplicability of the Fourth Amendment in light of the undisputed fact that Ortiz did not intentionally target or aim at Davis, (ECF No. 129 at 7, 10), and the lack of clearly established, published, case law applying the Fourth Amendment in similar contexts.

Dated this 26th day of November, 2019.

           By: /s/ Samuel C. Hall, Jr.
             SAMUEL C. HALL, JR.
             State Bar No. 1045476
             BENJAMIN A. SPARKS
             State Bar No. 1092405
             Attorneys for Defendant, Juan Ortiz
             CRIVELLO CARLSON, S.C.
             710 N. Plankinton Avenue, Suite 500
             Milwaukee, WI 53203
             Phone: (414) 271-7722
             Fax: (414) 271-4438
             E-mail: shall@crivellocarlson.com
                  bsparks@crivellocarlson.com