**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

ESTATE OF CHRISTOPHER J. DAVIS and DORETHA LOCK, as the Special Administrator of the Estate of Christopher J. Davis,

        Plaintiffs,

    v.

JUAN ORTIZ, WALWORTH COUNTY, a municipal corporation, KURT PICKNELL, TOWN OF EAST TROY, a municipal corporation, VILLAGE OF EAST TROY, a municipal corporation, JAMES R. SURGES, ALAN BOYES, JEREMY SWENDROWSKI, MATTHEW WEBER, PAUL SCHMIDT, CRAIG KNOX, JEFF PRICE, AARON HACKETT, JOSE G. LARA, ROBERTO JUAREZ NIEVES, Jr., ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY,

        Defendants.

Case No.: 18-CV-01846

---

**PLAINTIFFS' L.R. 7(h) EXPEDITED MOTION TO SET TRIAL DATE**

---

    NOW COME the Plaintiffs, Estate of Christopher J. Davis and Doretha Lock, as special administrator (collectively, "Plaintiff"), by Plaintiff's attorneys, Cade Law Group LLC, pursuant to Local Rule 7(h), and respectfully request this matter be set for trial.

    The bases for the motion are as follows:

    1.    Defendant Juan Ortiz moved for summary judgment on several grounds, including qualified immunity, on August 15, 2019. Dkt. #91.

    2.    The Court denied Ortiz's motion for summary judgment on November 25, 2019. Dkt. #129.

3.      The denial of the motion for summary judgment occurred 21 days before this matter was to be tried to a jury on December 16, 2019. Dkt. #58.

4.      Defendant Ortiz took an immediate appeal of the denial of qualified immunity, as a matter of right, to the Seventh Circuit Court of Appeals on November 26, 2019. Dkt. #131.

5.      The Seventh Circuit dismissed Defendant Ortiz's appeal on February 5, 2021, for lack of jurisdiction. Dkt. #141

6.      The Seventh Circuit issued its mandate and remanded the case back to this Court on March 1, 2021. Dkt. #141.

7.      This case is ready for trial.

Dated this 9th day of March, 2021.

**CADE LAW GROUP LLC**

By: s/Nathaniel Cade, Jr.
     Nathaniel Cade, Jr.
     Carlos R. Pastrana
     P.O. Box 170887
     Milwaukee, WI  53217
     (414) 255-3802 (phone)
     (414) 255-3804 (fax)
     nate@cade-law.com

     Attorneys for Plaintiffs