

**Samuel C. Hall, Jr.**
710 N. Plankinton Avenue
Suite 500
Milwaukee, WI 53203
Direct: (414) 290-7587
Email: shall@crivellocarlson.com

October 15, 2021

**VIA EFILING**
Hon. J.P. Stadtmueller
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Courtroom 425
Chambers 471
Milwaukee, WI 53202

Re: The Estate of Christopher J. Davis, et al. v. Juan Ortiz, et al.
E.D. Wis. Case No.: 18-CV-01846
Our File No.: 0100-1600378

Dear Judge Stadtmueller:

We write to advise the Court that a settlement has been reached in this case. We anticipate that the settlement will be completed and a stipulation for dismissal with prejudice will be filed with the Court within the next 30 days.

We appreciate the Court's consideration in this matter.

Very truly yours,

s/ Samuel C. Hall, Jr.

SAMUEL C. HALL, JR.

SCH/lag

cc: All Counsel of Record (via electronic file)

MILWAUKEE, WI (414) 271-7722 | MADISON, WI (608) 819-8490 | EAU CLAIRE, WI (715) 598-1730 | DEPERE, WI (414) 271-7722 | MUKWONAGO, WI (262) 363-7720 | CHICAGO, IL (312) 523-2111 | EDWARDSVILLE, IL (618) 655-0006

Case 2:18-cv-01846-JPS   Filed 10/15/21   Page 1 of 1   Document 147